*ORIGINAL*

KUNTZ, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

SCANLON, M.J.

Katheline M. Pierre
_____
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

"See attached" pg 5"

-against- Personell, Associates, breaching
Parties itte...

Jane Doe, Fidelity Investments Bank "Fidelity"
Jane Doe, Back office Citicards Citibank CBNA
John Doe, Back office J.P. Morgan Chase Bank, N.A.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. **CV19-1521**
_____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*
_____



RECEIVED
MAR 13 2019
PRO SE OFFICE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                 Katheline M. Pierre
Street Address       421 8th Avenue, Unit 7942
City and County      New York, New York
State and Zip Code   New York, NY  10116
Telephone Number     347-362-6959
E-mail Address       Katheline.pierre@outlook.com

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name                 Jane Doe
Job or Title         "Risk Control Manager" Customer Service Rep.
(if known)           Fidelity Investments, Fidelity Signature Bank
Street Address       1356 Third Avenue Upper East Side
City and County      New York New York
State and Zip Code   New York 10075
Telephone Number     800-237-8834
E-mail Address
(if known)

Defendant No. 2

Name                 Jane Doe(s)
Job or Title         Back Office Customer Service Rep
(if known)
Street Address       885 Flatbush Avenue
City and County      Brooklyn Kings

State and Zip Code _New York , 11226_____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _John Doe (s)_____

Job or Title _Back Office  Customer Service_
(if known)

Street Address _883 Flatbush  Avenue___

City and County _Brooklyn  KINGS_____

State and Zip Code _New York  11226_____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No: 4

_Credit Unions,_

Name _Financial Institutions, Banks +_

Job or Title _Agents hereby Appealed_
(if known) _City & State  of  New York_

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fed. R. Civ. P. 1 (1937), Article III, USC, First Amendment Bill of Rights
A1A (free excercise thereof, reserved against reprisal to petition for redress against grievances
18 US Code § 2113 (a)(c) 1934; 2014 ; Extortion 5 USC 2302 Prohibited personnel practices
5USC 2302 (D(i)(ii)) 18 US Code § 2112; 2114 (b) receipt, concealment,

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**    disposal of property

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of
the State of *(name)* _____

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____

4

b.   If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

_____
_____
_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

The complaint of the plaintiff, Katheline M. Pierre,
Sure Municipal employee + agency entity, is to
redress grievances by consequence of abuse of powers
through regulation refusal, reprisal, burglarly + robbery,
receipt, possession, concealment of/or disposal of plaintiffs property
by/incare of banks, savings + loan asseiations, or credit
unions branched in the City of New York where defendants
acted to take such money, property and assets of value by
force, violence, intimidation, + prohibited practices.
Plaintiff has been verified as an Identity Theft "See attached"
Victim / CW starting around or since 2012.

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff asks the court to order money damages in the form of short term readily available sources/notes. specific performance such as bank liquidation + injunction assuring better payment methods + practices preventing further losses, de facto + de jure replacements of any + all assets grossing the Stock + Capital Markets + Restitution relief per claim to

V.    **Certification and Closing** alleviate harm to plaintiff in the sum of $ 8.72 E+09 USD.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an ~~improper purpose, such as~~ to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

The defendant(s) were self inclunde, incapable of fulfillment, failing + their continuous actions, embezzlement + extortion Caused harm to plaintiff.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 13, 2019.

Signature of Plaintiff        Katheline M. Pierre

Printed Name of Plaintiff    Katheline M. Pierre

III. Statement of Claim (cont.)

After being a victim of multiple stolen identity events. Plaintiff uncovered a pyramid scheme involving different payment groups responsible for tort/negligent credit cards and banking relationships within the City and State of New York. First, plaintiff checking accounts were frozen in the spring of 2012. This was followed by a string of similar and repetitive transactions made by the payment groups of Citicards CBNA, Chase Credit Cards, Chase Banking, Chase Private Clients, Bank of America, and possibly HSBC, TD Bank, and M&T Bank.

On a call ,December 2017, with representative Judith Gonzalez, Plaintiff was told that Plaintiff would have access to Plaintiff online banking records because Plaintiff credit card was leased by Amazon Rewards Card.

Plaintiff was informed that her card was closed by Chase Bank.

Plaintiff has had an account with Chase since 2011 and has never heard of such a thing. Plaintiff also spoke with representatives outside of town who alerted plaintiff to the fact that she should be able to have access to her account information, in the least. However, they admitted to a block and or hold by customer service defendants in the State of New York.

The defendants are frequently discriminatory towards Plaintiff particularly when plaintiff enters landmark banks and asks to withdraw or make payment for plaintiff capital and available funds with defendants.

Plaintiff learned that almost every banker has no access to their credit card service components, while other tellers refused plaintiff business, stating that they did not have the capacity to fund plaintiff account.

At this moment, Plaintiff accounts have stolen along with the phone numbers associated with them.

Plaintiff access was restricted, the sole owner of plaintiff accounts and account statements.

Everyone has been asking for payments, while plaintiff bank accounts have been closed by the bank and not the grantors, causing plaintiff to lose access to dates and payments over the last few years.

As a government employee, business supplier and provider for working professionals in the Film, Media, and Information Industries, this poses a serious threat to payment systems in the United States and abroad.

Plaintiff taxes even show suspicious charges that seem to need payment from my taxes for remediation although plaintiff was never liable for those taxes and/or payments -- Fraudulent Charges that have occurred outside of my relationship with any financial institution within the State of New York.

The defendants or various banks, credit unions, and/or financial institutions of the City and State of New York refused regulation by the FDIC.

The defendants had been closed and listed on the failed banks list. The defendants were perjurious and

incapable of fulfilling individual, commercial, and capital transactions. The defendants stole personal property and upon receipt, possessed, concealed, and disposed of plaintiff property and records of that property. The defendants used prohibited personnel practices despite the onlooking of the owners of defendant institutions.

525 Citicorp, Citigroup, Citibank was closed since November 23rd, 2008. Washington Federal acquired by Chase Bank has also been closed since 2012.    111 and 168 Fidelity Bank and Signature Bank have been closed since March 30th, 2012 and July 08th of 2011, respectively.

The defendants had all agreed to funding account(s) when opening plaintiff account(s). However, shortly upon receipt of payment and/or self-funding, Defendants restricted Plaintiff access, created "counterfeit" cards/accounts, and stolen multiple funds such as Stocks, Bonds, Capital Contributions, Working Capital, Secured Credit, Collateral and Escrow Accounts.

Plaintiff agrees to Oral and Written Testimony.

Plaintiff has two or more stocks currently floating the OTC markets, Capital Markets, and Stock Exchange without access to escrow, accounts, or funds. Plaintiff has attached exhibits containing all accounts receivable, settlements, electronic and paper communications, web logs, invoices, portfolios, FCRA notice to furnishers, unpaid insurance claims and evidence, ChexSystems reports, trade confirmations, bounced checks, grievances, alert history and atm slips, incident letters and reports, current events, complaints, entity information, and police reports.

Plaintiff has been verified as an Identity Theft victim circa 2012. Plaintiff has been a victim of Missing Mail, Mail fraud, Counterfeit fraud, Breach of Contract Tort and Negligence, Medical & Medicaid Fraud through prohibited practice, abuse of powers, intimidation, ethnicity discrimination, bribery, reprisal, kickbacks, corporate insiders, hackers, identity theft, fiduciary schemes, burglary, and extortion.

The plaintiff asks the courts to remedy money damages, physical injury, and property damage in the form of short term and readily available Treasuries. The plaintiff also asks the court to remedy with specific performance such as bank liquidation, temporary restraining orders against defendant's payment group personnel, and better payment methods and practices preventing further losses including but not limited to defacto and dejure asset replacements grossing stock and capital markets along with restitution relief per claim in the sum of $8.72 E+09 USD.

III. Statement of Claim

The complaint of the plaintiff, Katheline M. Pierre, sure municipal employee and agency entity, is to address grievances by consequence of abuse of powers through bribery, reprisal, kickbacks, corporate insiders, identity theft, schemes, and embezzlement. Plaintiff has been verified as an Identity Theft starting around or since 2012.

Plaintiff claims that a chain of Missing Mail, Counterfeit Fraud, Breach of Contract Negligence, and Medicaid Fraud has caused her and clients hereby appealed money damages, physical injury, and property damage.

1. Last year I was the victim of six major data breaches as follows
   a. River City
   b. FAFSA Data Retrieval tool
   c. Alteryx
   d. Equifax
   e. Saks Fifth Avenue
   f. Anthem
2. I was highly impacted by the following:
   a. DDOS
   b. Counterfeit Secured/Credit/Debit Accounts
   c. Medical Fraud
   d. Socioeconomic concerns    *Falsified @ Supreme Court Mortgage Foreclosures + Judgments*

Upon discovery of various stolen identity events, I promptly contacted the FTC, CRA, FCC, and all other respective agencies, suppliers, and insurance companies. I also filed multiple police reports, and an Identity Theft affidavit with the IRS and FTC -- Reference Number 79204808.

1-1. The IRS and FTC verified my identity theft documentations. However, I requested certified copies of tax records and refunds by mail. I did not receive either certified copies nor refunds nor correspondence except for a signed receipt of request from the NYS Tax Department for over the last three years.

1-2. The FTC provided various security information packets. I submitted proof and notified suppliers, financial institutions, the Department of Education, and my respective schools and loan servicers.

1-3. I also reached out to the Postal Inspection Service as my mail had also been found missing.

1-4. Mail fraud and theft continued to occur.

Plaintiffs Exhibit   *1 of 300 pages*

1-5. In June of 2017, I had bought a laptop after my ACER Chromebook had malfunctioned.

1-6. I was assaulted in August of 2017 and was unable to receive proper care by doctors around the City of New York.

1-7. My medical insurance had changed and would not cover hospital visits without a $40 co-pay.

I contacted Citi cards Citibank CBNA Fraud and Theft Department and was notified that a counterfeit card had been made in my name.

2-1. On September 7th 2017, I was in the process of making a payment for an Amazon Credit Card sponsored by Chase Bank when I was alerted that my account had been closed due to fraud and changes on my consumer report.

2-2. On September   2017, my laptop had been surpassed with malware and ransomeware and spyware. I lost access to a range of products such as G-Suite, Gmail, ICloud, and Domain packages.

2-3. In late October, I continued monitoring my credit report. I found that in January of 2017, I had been hacked though a River City Media Spam List.

2-4. I received further notice entitling me to both my collateral account and secured credit account at CitiCards Citibank CBNA. However, when I asked the branch manager for assistance, his back office denied me rights to my account(s) and closed both.

2-5. I began receiving negative responses in reprise from multiple back office analyst at Chase and Citibank. I was declined checking accounts at every local bank within the City of New York.

I received notice from Amazon on how to proceed and was denied $0 liability coverage by Chase bank's back office in New York. I tried opening a corporate account but was also denied access to my account after completing and receiving an account number at B1. Chase Bank.

2-1. I received notice that an ANTHEM DATA BREACH had occurred.

I began writing my elected officials in response to the medical neglect I was suffering from. By November of 2018, I was finally granted good cause exemption and given back my access to free healthcare. The same week, multiple people were indicted for Medical Fraud and Bank Robbery.

2-2. Since January of 2016, I had been actively being denied Public Assistance benefits. Every month I was at a fair hearing by consequence of someone who had inaccurately denied me benefits. As my credit tumbled due to breach, I was unable to use any other resource to run for good health.

2-3. I had been victorious around September 2017 where I was granted my benefits that had been denied the year prior.

Plaintiffs Exhibit   1 of 800 pages


Home


Recommendations


Cards


Loans

Based on Transunion data

# Credit changes

Current score **511**

Mar 11
**511**

# No change

We found **no changes** to your Transunion credit report.

**Expecting a change that you don't see?** Transunion may not have updated your report yet.

Help us improve your experience
**Was this information helpful?**

| 👍 Yes | 👎 No |

---

Mar 10
579 → **511**

↓ **68 pts**

We found **3 changes** to your Transunion credit report.

**New Accounts In Collection**

SOURCE RECEIVABLES MANAG

**New Account in Collections** +

**Balance Increase**

ST UNIV NY SLSC

**Balance Increased by $13** +


**Home**


**Recommendations**


**Cards**


**Loans**

---

Mar 6

567 → **579**                          ↑ **12 pts**

---

We found **no changes** to your Transunion credit report.

We know it can be jarring when scores change but you don't see why. A few score factors are more 'invisible' — like an account getting older or a scoring model adjusting its recipe.

---

Feb 22

**567**                                              **No change**

---

We found **1 change** to your Transunion credit report.

**Balance Increase**

ST UNIV NY SLSC                    **Balance Increased by $13**    **+**

---

Feb 16

**567**                                              **No change**

---

We found **1 change** to your Transunion credit report.

**New Credit Inquiries**


**Home**


**Recommendations**


**Cards**


**Loans**

Feb 13

561 → **567**                                                    ↑ **6 pts**

We found **3 changes** to your Transunion credit report.

**Balance Increase**

US DEPT. OF EDUCATION/GL                    **Balance Increased by $235**    +

**New Credit Inquiries**

SALLIE MAE B                                      **New Credit Inquiry Added**    +

**Updated Personal Information**

CITY OF NEW YORK                                **Employer Added to Report**    +

Feb 4

564 → **561**                                                    ↓ **3 pts**

We found **1 change** to your Transunion credit report.

**New Credit Inquiries**

SYNCB/PPC                                         **New Credit Inquiry Added**    +

Case 1:19-cv-01521-WFK-VMS Document 1 Filed 03/13/19 Page 14 of 190 PageID #: 451

Home    Recommendations    Cards    Loans

Feb 1
# 564
**No change**

We found **1 change** to your Transunion credit report.

**Accounts In Collection Removed**

DIVERSIFIED CONSULTNTS

**Collections Account Removed** +

---

Jan 19
# 564
**No change**

We found **no changes** to your Transunion credit report.

---

Jan 14
# 564
**No change**

We found **1 change** to your Transunion credit report.

**Balance Increase**

ST UNIV NY SLSC

**Balance Increased by $8** +

---

Jan 11

**No change**

Case 1:19-cv-01521-WFK-VMS   Document 1   Filed 08/13/19   Page 15 of 190 PageID #: 452

   

Home       Recommendations       Cards       Loans

We found **1 change** to your Transunion credit report.

**Balance Increase**

US DEPT. OF EDUCATION/GL       **Balance Increased by $229**   +

---

Jan 7

551 → **564**        ↑ **13 pts**

---

We found **no changes** to your Transunion credit report.

We know it can be jarring when scores change but you don't see why. A few score factors are more 'invisible' — like an account getting older or a scoring model adjusting its recipe.

---

Jan 1

550 → **551**        ↑ **1 pt**

---

We found **1 change** to your Transunion credit report.

**Credit Inquiries Removed**

BRCLYSBANKDE       **Inquiry Removed From Report**   +

---

Dec 25

550       No change


Home


Recommendations


Cards


Loans

We found **2 changes** to your Transunion credit report.

### New Credit Inquiries

BRCLYSBANKDE                    **New Credit Inquiry Added**  +

NORDSTROMTD                     **New Credit Inquiry Added**  +

Dec 23

545 → **550**                  ↑ **5 pts**

We found **1 change** to your Transunion credit report.

### Accounts In Collection Removed

MIDWEST RECOVERY SYSTEMS        **Collections Account Removed**  +

Dec 20

**545**                        No change

We found **no changes** to your Transunion credit report.

Dec 17

546 → **545**                  ↓ **1 pt**

Case 1:19-cv-01521-WFK-VMS   Document 1   Filed 03/15/19   Page 17 of 190 PageID #: 454


Home


Recommendations


Cards


Loans

## New Credit Inquiries

| DISCOVER | New Credit Inquiry Added | + |

---

| Dec 15 | | |
| 487 → **546** | **↑ 59 pts** | |

We found **4 changes** to your Transunion credit report.

### Closed Accounts

| ACCEPTANCENOW | Account Closed | + |

### Balance Increase

| US DEPT. OF EDUCATION/GL | Balance Increased by $180 | + |

### Updated Account Information

| ACCEPTANCENOW | Remarks Added to Account | + |
| ST UNIV NY SLSC | Remark Removed From Account | + |

---

| Dec 4 | | |
| 487 | **No change** | |

**Higher One**
FOR: Katheline Pierre
115 Munson Street
New Haven  CT 06511

*VOID AFTER 180 DAYS
DRAWEE NOT LIABLE ON STOP PAY
VERIFY AT 866-629-2658
Banking Services Provided by: WEX Bank
Memo:  Claim 160504-006452

35-2458
1130

**1002846**

DATE  05/09/2016

PAY   ONE THOUSAND FOUR HUNDRED NINETY-SEVEN DOLLARS AND 54 CENTS                 $      ****1,497.54

TO
THE
ORDER
OF

Katheline Pierre
35 Linden Blvd C2
Brooklyn  NY 11226

⑈00⑈00⑈2846⑈ ⑆113024988⑆ 19⑈

CHASE

DEPOSIT

DEPOSIT

Today's Date ___ 2/10/18

Customer Name (Please Print)

MOTION PICTURES INFORMATION
ENTERPRISES & COMM

Sign Here (if cash is received from this deposit)

X

N13060-CH (Rev. 07/12)   70193831   06/17

▼ Start your account number here

2577319662

CASH

CHECK

TOTAL FROM
OTHER SIDE

SUBTOTAL

▼ CASH BACK

TOTAL $

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

⑆171571108⑆ ⑈500001020⑈

**RIDGEWOOD SAVINGS BANK**

B#:237  NN#: 1060  CB#: 47  T#: 2005
Acct#: ****0110  PostDt:01-11-19
Timestamp: 01-11-2019 01:12:29 PM
NA  Amt: $473.50

Balance: $473.50

Review your accounts with Mobile Banking, Online Banking & Telephone Banking...
Anytime... Anywhere.  Visit us at www.ridgewoodbank.com to find out more information.

**TRANSACTION RECEIPT**

---

**RIDGEWOOD SAVINGS BANK**

B#:237  NN#: 1060  CB#: 47  T#: 2005
Acct#: ****0053  PostDt:01-11-19
Timestamp: 01-11-2019 01:12:29 PM
NA  Amt: $7,000.00  AvailDt:01-29-2019
$7,473.50

Balance: $7,000.00

Review your accounts with Mobile Banking, Online Banking & Telephone Banking...
Anytime... Anywhere.  Visit us at www.ridgewoodbank.com to find out more information.

**TRANSACTION RECEIPT**

---

**HSBC**

01/13/19 07:10PM M0070512
CARD ENDS WITH 5799
HSBC BANK USA, N.A
26 BROADWAY
NEW YORK  NY
UPDATE YC & ONLINE BANKING
EMAIL-LOGON AT US HSBC COM
AC000000042203
DEBIT
2758  CI CKING BALANCE
ACCT ENDS WITH 0053
AVAIL BAL  $0.0  $7,000.00
BALANCE

THANK YOU

us hsbc.com

**REFER TO MAKER**

*061000146*
01/16/2019
6219876810

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON – S
REFER TO MAKER

GENIUS BRANDS MUYASIMPIENCES
929-267-3059
PO BOX 7942
NEW YORK, NY 10116

Fidelity Account®          1004
                           80-468/1012

01/11/2019
                    Date

Pay to the
Order of   Motion Pictures Information ECC   | $ 7,473.50

Seven- thousand four hundred seventy three   50/100 Dollars

⊛ Fidelity   UMB Bank, N.A.
INVESTMENTS   Kansas City, MO

.45
For  Stock certificate   2/25/18         Katheline M. Rene

⑈:101205681⑈: 1004⑈' 771074004108 2⑈'

Holand Clarke

⑈'1004⑈'      4⑈:101205681⑈:      771074004108 2⑈'      ⑈'000074735 0⑈'

All owners must sign the certificate on back exactly as they are registered on the front.

Account # top right front corner

National Financial Services

registered or certified mail

Fidelity Investments
Attn: Banking Services
100 Crosby Parkway
KC IN 2H2
Mail zone KC 1H, 510145

BUSINESS REP
FIRST-CLASS MAIL   PERMIT NO. 19
POSTAGE WILL BE PAID BY ADDRESS

# CHASE 

Cardmember Services
P.O. Box 17280
Wilmington, DE 19850-7280

**Questions?**

📞 1-888-247-4080

TTY 1-800-955-8060

🖥 www.chase.com/amazon



‖‖‖·‖·‖‖‖‖·‖‖·‖‖‖‖‖‖‖‖‖‖‖‖·‖‖·‖‖·‖‖‖·‖·‖‖·‖‖·‖‖·‖‖·‖·‖‖·‖

45153 RCS 001 003 10117 - NNNYNNNNNNNN CSO041  BRC11606
**Katheline Pierre**
35 Linden Blvd APT C2
Brooklyn ny 11226

April 11, 2017

# Update:    **Important information provided below.**

Your account ending in 6429

Dear Katheline Pierre:

We're writing to provide details about protecting your personal information when it may have been compromised.  As we discussed recently, there are immediate as well as ongoing steps you can take to protect your identity if your information is at risk.

Here are two important steps we recommend:

- **Contact one of the three National Consumer Credit Reporting Agencies.**  If you have not already done so, we recommend contacting one of the three credit reporting agencies as soon as possible to request that a 90-day fraud alert be placed in your credit file.  This fraud alert will require creditors to take more care before extending new credit and may call you before opening any new accounts.  If you contact one credit reporting agency, all three will be notified.
- **Review the enclosed Chase ID Theft Tool Kit.**  This brochure provides helpful tips for dealing with identity theft, including detailed instructions and important toll-free numbers for contacting the credit reporting agencies.

For more information about identity theft, you may wish to contact the following:

## Chase Fraud Department

- Visit chase.com/identitytheft for more information about protecting your assets and your identity.
- Call 1-888-745-0091 to speak with a specialist in our Fraud Department Customer Protection Group, Monday through Friday 10:00 a.m. to 6:00 p.m. ET.

## Federal Trade Commission (FTC)

- Visit ftc.gov/idtheft for detailed information from the FTC about identity theft.
- Call the FTC Identity Theft Hotline at 1-877-ID THEFT (1-877-438-4338).

We hope this information is helpful.  If you have any questions, please call us.  We appreciate the opportunity to assist you with this situation.

Sincerely,

Fraud Department

**Substitute Check Image Illustration**





Check 21

and its

Effect on YOU!

Substitute Checks and Your Rights

Federal rules for CHECK 21 provide for the replacement of original checks with Substitute Checks. Here are the details and your rights.

RIDGEWOOD
SAVINGS BANK

We Take Banking Personally

Member FDIC

**Higher One**
FOR: Katheline Pierre
115 Munson Street
New Haven  CT 06511

*VOID AFTER 180 DAYS
DRAWEE NOT LIABLE ON STOP PAY
VERIFY AT 866-629-2658
Banking Services Provided by: WEX Bank
Memo:  Claim 160504-006452

35-2458
1130

**1002846**

DATE  05/09/2016

PAY   ONE THOUSAND FOUR HUNDRED NINETY-SEVEN DOLLARS AND 54 CENTS          $      ****1,497.54

TO
THE
ORDER
OF

Katheline Pierre
35 Linden Blvd C2
Brooklyn  NY 11226

⑈00⑈100⑈2846⑈  ⑆⑈1⑈30⑈24⑈988⑈⑆⑈19⑈

CHASE ⬡

DEPOSIT

R/T 500001020

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

Today's Date

Customer Name (Please Print)

Sign Here (if cash is received from this deposit)

X

N13060-CH (Rev. 07/12)   70193831   06/17

MOTION PICTURES INFORMATION
ENTERPRISES & COMM

CASH
CHECK

TOTAL FROM
OTHER SIDE

SUBTOTAL

▼ Start your account number here

▼ CASH BACK

TOTAL $

2 5 7 3 1 9 6 6 2

⑆716571108⑆ ⑈500001020⑈

**RIDGEWOOD SAVINGS BANK**

TRANSACTION RECEIPT

B#:237   NN#: 1060   CB#: 47   T#: 2005
Acct#: ****0053        PostDt:01-11-19
Timestamp: 01-11-2019 01:12:29 PM
NA    Amt: $7,000.00
$7,473.50           AvailDt:01-29-2019

Balance: $7,000.00
Review your accounts with Mobile Banking, Online Banking & Telephone Banking...
Anytime... Anywhere.  Visit us at www.ridgewoodbank.com to find out more information.

**RIDGEWOOD SAVINGS BANK**

TRANSACTION RECEIPT

B#:237   NN#: 1060   CB#: 47   T#: 2005
Acct#: ****0110        PostDt:01-11-19
Timestamp: 01-11-2019 01:12:29 PM
NA    Amt: $473.50

Balance: $473.50
Review your accounts with Mobile Banking, Online Banking & Telephone Banking...
Anytime... Anywhere.  Visit us at www.ridgewoodbank.com to find out more information.

**HSBC**

01:13:16 07:10PM MJC70512
CARD ENDS WITH 5799
HSBC BANK USA, N A
26 P'CADWAY
NEW YORK                NY

UPDATE YC ? ONLINE BANKING
EMAIL-LOGON AT US HSBC COM

AC000000042203
DEBIT
2/58
CI CKING BALANCE
ACCT ENDS WITH 0053
AVAIL BAL            $0.0
BALANCE           $7,000.00

THANK YOU

us.hsbc.com

REFER TO MAKER

*061000146*
01/16/2019
6219876810

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON – S
REFER TO MAKER

81220970
(101000695) 01/14/2019

GENIUS BRANDS MUYASIMPIENCES
929-297-3059
PO BOX 7942
NEW YORK, NY 10116

Fidelity Account®                    1004
                                     80-568/1012

01/11/2019    Date   ☑CHECK AMOUNT

Pay to the
Order of   Motion Pictures Information ECC     | $ 7,473.50

seven- thousand four hundred seventy-three   50/100  Dollars

Fidelity
INVESTMENTS

UMB Bank, N A
Kansas City, MO

#5
For   stock certificate  2/23/18        Katherine M. Rene   VP

⑈101 20568 1⑈ 1004⑈ 771074004 108 2⑈

Harland Clarke

⑈1004⑈        ⑆101 20568 1⑆        771074004 108 2⑈        ⑈0000747350⑈

Allowners must sign the
certificate on back exactly
as they are registered on
the front.

Account# to right front
corner

National Financial Services

Registered or certified mail

Fidelity Investments
Attn: Banking Services
100 Crosby Parkway
Mailzone KC IN
ton, KY 41015

79

BUSINESS REPI
FIRST-CLASS MAIL    PERMIT NO. 192

POSTAGE WILL BE PAID BY ADDRESSE



**CHASE**

Cardmember Services
P.O. Box 17280
Wilmington, DE 19850-7280

**Questions?**

📞 1-888-247-4080

📟 1-800-955-8060

🖥 www.chase.com/amazon

‖‖‖·‖·‖‖‖‖·‖·‖‖‖‖‖‖‖‖‖·‖‖‖·‖·‖·‖·‖‖‖‖‖·‖‖‖‖·‖·‖‖·‖

45153 RCS 001 003 10117 - NNNYNNNNNNNN CSC041 BRC11606
**Katheline Pierre**
35 Linden Blvd APT C2
Brooklyn ny 11226

April 11, 2017

# Update:  **Important information provided below.**

Your account ending in 6429

Dear Katheline Pierre:

We're writing to provide details about protecting your personal information when it may have been compromised.  As we discussed recently, there are immediate as well as ongoing steps you can take to protect your identity if your information is at risk.

Here are two important steps we recommend:

- **Contact one of the three National Consumer Credit Reporting Agencies.**  If you have not already done so, we recommend contacting one of the three credit reporting agencies as soon as possible to request that a 90-day fraud alert be placed in your credit file.  This fraud alert will require creditors to take more care before extending new credit and may call you before opening any new accounts.  If you contact one credit reporting agency, all three will be notified.
- **Review the enclosed Chase ID Theft Tool Kit.**  This brochure provides helpful tips for dealing with identity theft, including detailed instructions and important toll-free numbers for contacting the credit reporting agencies.

For more information about identity theft, you may wish to contact the following:

**Chase Fraud Department**

- Visit chase.com/identitytheft for more information about protecting your assets and your identity.
- Call 1-888-745-0091 to speak with a specialist in our Fraud Department Customer Protection Group, Monday through Friday 10:00 a.m. to 6:00 p.m. ET.

**Federal Trade Commission (FTC)**

- Visit ftc.gov/idtheft for detailed information from the FTC about identity theft.
- Call the FTC Identity Theft Hotline at 1-877-ID THEFT (1-877-438-4338).

We hope this information is helpful.  If you have any questions, please call us.  We appreciate the opportunity to assist you with this situation.

Sincerely,

Fraud Department



**Check 21 and its Effect on YOU.**

Substitute Checks and Your Rights

Federal rules for CHECK 21 provide for the replacement of original checks with Substitute Checks. Here are the details and your rights.

**Substitute Check Image Illustration**

**RIDGEWOOD SAVINGS BANK**

We Take Banking Personally

Member FDIC

amazon

**Expect more smiles ...**



CHASE

IFP,NPROSE,PROSENEF

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:19-cv-01030-WFK-VMS

Pierre v. John Doe(s) #1 et al
Assigned to: Judge William F. Kuntz, II
Referred to: Magistrate Judge Vera M. Scanlon
Cause: 28:1331 Fed. Question

Date Filed: 02/15/2019
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Katheline M. Pierre**                  represented by     **Katheline M. Pierre**
421 8th Avenue
Unit 7942
New York, NY 10116
Email: kpierre4737@bths.edu
PRO SE

V.

**Defendant**

**John Doe(s) #1**
*Postal Inspection Service*

**Defendant**

**John Doe(s) #2**
*Department of Transportation*

**Defendant**

**Jane Doe(s) #3**
*Customer Service Representatives*

**Defendant**

**Jane Doe(s) #4**
*NYC HRA Job Centers*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/15/2019 | 1 | COMPLAINT against All Defendants, filed by Katheline M. Pierre. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 02/21/2019) |
| 02/15/2019 | 2 | MOTION for Leave to Proceed in forma pauperis by Katheline M. Pierre. (Bowens, Priscilla) (Entered: 02/21/2019) |

Case 1:18-cv-01531-WFK-VMS   Document 1   Filed 03/13/19   Page 34 of 190 PageID #: 471

| | | |
|---|---|---|
| 02/21/2019 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts /FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 02/21/2019) |
| 02/21/2019 | | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. So Ordered by Judge William F. Kuntz, II on 2/21/2019. (Li, Natalie) (Entered: 02/21/2019) |
| 03/01/2019 | 4 | Pro Se Consent to Electronic Notification by Katheline M. Pierre. (Lee, Tiffeny) (Entered: 03/01/2019) |





**RECEIPT**

No. 144057

DATE December 4th 2018

RECEIVED FROM James A Finley

421 8th Ave. Unit 7942   TO Luxury Kink

DOLLARS $2500

| ACCOUNT | 7942 |
| PAYMENT | 2500 |
| BAL DUE | |

☑ CASH  ☐ CHECK  ☐ MONEY ORDER

☐ FOR RENT  FOR

FROM Katheline [signature]   BY



**1-800-295-5510**

uline.com

PO Box 88741 • Chicago IL 60680-1741

SHIPPING SUPPLY SPECIALISTS

THANK YOU FOR YOUR ORDER. ULINE CUSTOMER SINCE   2018

INVOICE NO.

104215240

**INVOICE**

ULINE FED ID#: 36-3884738

YOUR ORDER #   20789274

SOLD TO:

MDG2017 00002018 1 AB  040  8  15970985

GENIUS KIND BRANDS
421 8TH AVE UNIT  7942
NEW YORK          NY 10116-9010

SHIP TO:

GENIUS KIND BRANDS
421 8TH AVE UNIT  7942
ATTN C/O KATHELINE PIERRE
NEW YORK          NY 10116-9010

U100-9-20

| CUSTOMER NO | PURCHASE ORDER NO | SHIP VIA | ORDER DATE | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|
| 15970985 | GP0010 | UPS GROUND | 12/17/18 | 12/17/18 | NET 30 DAYS | 12/17/18 |

1) Copy of Driver's License

2) Proof of address, i.e.
   utility bill

3) Proof of funding -
   Payroll check stub with
   City of N.Y
   dated w/in last 100 days

← Continuous
Requests
by Fidelity
to Prove
Identity

IFP,NPROSE

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:19-cv-01030-WFK-VMS

Pierre v. John Doe(s) #1 et al
Assigned to: Judge William F. Kuntz, II
Referred to: Magistrate Judge Vera M. Scanlon
Cause: 28:1331 Fed. Question

Date Filed: 02/15/2019
Jury Demand: None
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Katheline M. Pierre**

represented by  **Katheline M. Pierre**
421 8th Avenue
Unit 7942
New York, NY 10116
PRO SE

V.

**Defendant**

**John Doe(s) #1**
*Postal Inspection Service*

**Defendant**

**John Doe(s) #2**
*Department of Transportation*

**Defendant**

**Jane Doe(s) #3**
*Customer Service Representatives*

**Defendant**

**Jane Doe(s) #4**
*NYC HRA Job Centers*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2019 | 1 | COMPLAINT against All Defendants, filed by Katheline M. Pierre. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 02/21/2019) |
| 02/15/2019 | 2 | MOTION for Leave to Proceed in forma pauperis by Katheline M. Pierre. (Bowens, Priscilla) (Entered: 02/21/2019) |

https://jenie.ao.dcn/nyed-ecf/cgi-bin/DktRpt.pl?7692612207054...

Eastern District of New York - LIVE Database V6.2.1

| | | |
|---|---|---|
| 02/21/2019 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent** <u>unless</u> **all parties have signed the consent.** (Bowens, Priscilla) (Entered: 02/21/2019) |
| 02/21/2019 | | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. So Ordered by Judge William F. Kuntz, II on 2/21/2019. (Li, Natalie) (Entered: 02/21/2019) |



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
INVESTOR PROTECTION BUREAU

January 24, 2019

Katheline Pierre
P.O. Box 7942
New York, NY 10116

**Re: Fidelity Investments Inc.**
**Reference Number: 19-003484**
**Matter Identification Number: 1-51914085**

Dear Katheline Pierre:

We are writing to notify you that we have received your submission to the New York State Office of the Attorney General. On behalf of Attorney General Letitia James, we want to thank you for taking the time to alert the Investor Protection Bureau to this matter. Submissions like yours are of vital importance in identifying patterns of fraud or illegality in the securities industry that may warrant investigation or prosecution.

The staff of the Investor Protection Bureau reviews and records every submission it receives. While in most cases no action other than making a submission is required, there may be instances where a member of the Investor Protection Bureau seeks to gather additional information. Following review of your submission, should the staff have any questions or require additional information, you will be contacted directly. As our investigations are generally confidential, our staff are typically unable to provide details regarding particular investigations.

Please note that while the Investor Protection Bureau has the authority to commence legal actions on behalf of the people of the state of New York, the Bureau does not investigate or litigate cases on behalf of individual investors, and the Bureau's staff members are not private attorneys for individuals who may wish to pursue personal claims. As a general matter, therefore, investors who believe they may have been victimized should consult with a private attorney experienced in securities law regarding any civil remedies that may be available to them.

If you do not have an attorney and would like a referral, you may call your city or county bar association.  Additional information and resources are also available at https://ag.ny.gov/investor-protection/legal-referral-services-and-clinics and https://ag.ny.gov/investor-protection/faqs.  Please note that the passage of time may bar any claims that you might have.  It is therefore important for you to act promptly if you wish to pursue a private claim.

If your complaint involves misconduct by a registered broker or dealer, you may be able to file a claim with one or more self-regulatory organizations that govern the securities markets.  The appropriate forum for your complaint will depend upon the account agreements you signed and the exchange on which the securities you invested in are traded.  A review of your contract or account agreement should reveal which forum, if any, has been specified to resolve disputes pertaining to your account.  You may wish to directly contact the forum that has been specified to request information about how to pursue a claim.

If your broker or dealer is a member of the Financial Industry Regulatory Authority ("FINRA"), your customer agreement will likely contain a mandatory arbitration clause.  You also have the right to independently request arbitration with a FINRA member.  You can find information about filing a claim with FINRA at: http://www.finra.org/ArbitrationAndMediation/.  You may also reach FINRA by telephone at: (240) 386-4357.

If your complaint involves commodities, such disputes typically are arbitrated before the National Futures Association ("NFA").  You can find information about filing a claim with NFA at: http://www.nfa.futures.org/NFA-arbitration-mediation/index.HTML.  You may also reach NFA by telephone at: (800) 621-3570.

Thank you again for reaching out to the New York State Office of the Attorney General.


Sincerely,

The Investor Protection Bureau





MuyasiMPIENC™, copyright December 2016. Satisfactory Letter
(T-Report)
1/30/2017

SE-87017 Muyasi INC

Felix, Katheline M. Pierre, III
CEO/Founding Director
MIMO™MuyasiMPIENC™
Main-office@muyasi.com

Homeownership Department
2806 Church Ave
Greater New York City
Brooklyn, New York 11226

January 30, 2017

[Memo: Satisfaction Letter regarding past credit related problems]

To whom it may concern:

As a student, established individual, and small business owner, I recently became a victim of identity theft where it took a toll on my credit and federal tax records over the years. After initially filing a police report about the theft, I had to relocate and start over anew.

I began monitoring my credit, filing with the credit reporting bureaus and hiring an analyst and attorney. After toiling through anxiety, I braved oral surgery for a tooth that needed extraction, round last year mid October 2016. Although overwhelmed, I maintained SAP-MET status at university, successfully introduced new capital investments and feasibility over the long run with my business association.

I managed to seek out a financial counselor at my local Financial Empowerment Center. Together, along with the FTC, we followed the necessary steps to stop, halt, and amend my credit history from theft and all other burglary [ Identity Theft Report #79204808]. I also filed various dispute letters and an identity theft affidavit with the IRS.

With my credit making a solid return to good standing throughout the year, I have been able to repair my established credit history and look to retain/achieve a Tier 1 +++ status. As of January 2017, I, Felix, Katheline M. Pierre, III., seek to consolidate my debt, refinance; appraise and appreciate new assets & capital investment, while securing working capital to help support pre-operating expenses, location requirements, building & home purchases; and likewise the licensing required to help equip and manufacture my very own sustainable, patent pending invention.

Appreciating your valued investment,

Felix, Katheline M. Pierre, III.

CC: Financial Empowerment Center

| | Main-office@muyasi.com | PHONE | (347) 762-5736 |
|---|---|---|---|
| | Greater New York City | FAX | (516) 232-8155 |
| | Brooklyn, NY, 11226 | EMAIL | Humbled- |
| | | WEBSI | beginnings.promotions@muyasi.com |
| | | TE | offices@muyasi.com |

 Gmail

katheline pierre <kathelinepierre@gmail.com>

---

**New Data Leak Announced: Alteryx**
1 message

---

**LifeLock** <no-reply@email.lifelock.com>                                    Thu, Dec 21, 2017 at 10:18 PM
Reply-To: LifeLock <reply-fe891576716c077472-201_HTML-352731850-7220301-2961@email.lifelock.com>
To: kathelinepierre@gmail.com

View online



# Alteryx Data Leak Exposes Information for 123 Million American Households

More than 120 million U.S. households had information exposed in a data leak, potentially raising the risk of identity theft for the impacted American families.

## What happened at Alteryx?

Cybersecurity company Upguard said it discovered the exposed data on Oct. 6, 2017, in a cloud-based repository, and made its discovery public on Dec. 19, 2017. The repository that was exposed contained a range of U.S. household data from Alteryx, an Irvine, California-based marketing and data analytics company.

The data included 248 fields of information for each household. The information ranged from addresses and income to ethnicity and personal interests. Details included contact information, mortgage ownership and financial histories.

Learn more about this data leak here.

## What does this mean for you?

(127)

I.      The Parties to This Complaint
   A. The Plaintiff(s)
      Name   Municipal Employee Katheline M. Pierre
      Street Address 421 8th Avenue, 7942
      City and County New York New York
      State and Zipcode New York 10116
      Telephone Number 347-362-6959
      Email Address kathelinepierre@outlook.com

      Name   Kenneth S. Canfield
      Street Address Doffermyre Shields Canfield & Knowles, LLC.
                     1355 Peachtree Street, N.E. Suite 1600
      City and County Atlanta
      State and Zipcode Georgia 3039
      Telephone Number 404-881-8900
      Email Address

      Name Amy E. Keller
      Street Address   DiCello Levitt & Casey LLC
                       Ten North Dearborn Street, Eleventh Floor
      City and County: Chicago
      State and Zipcode: Illinois 60602
      Telephone Number 312-214-7900
      Email Address

      Name Norman E. Siegal
      Street Address: Stueve Siegal Hanson LLP
                       460 Nicholas Road, Suite 200
      City and County  Kansas
      State and Zipcode Missouri 64112
      Telephone Number 816-714-7112
      Email Address

   B. The Defendant(s)
      Name John Doe
      Job or Title  unauthorized personnel
      Street Address   IRS
                       290 Broadway
      City and County New York New York
      State and Zipcode  New York 10007
      Telephone Number
      Email Address

*Exhibit N*



**POLICE DEPARTMENT
LEGAL BUREAU
F.O.I.L Unit, Room 110C
One Police Plaza
New York, NY 10038**

Ms. Katheline Pierre
P.O. Box 7942
New York, NY 10016

02/08/18

FOIL Req #: 2018-PL-2281
Your File #:
Re: complaint report

Dear Sir or Madam:

This is in response to your letter dated 02/01/18, which was received by this office on 02/01/18, in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

☑ Responsive to your request, the following document(s) have been accessed and photocopied: *NYPD Complaint Reports*

☑ Redactions have been made to the document(s) in that the release of such information would represent an unwarranted invasion of personal privacy and would endanger the life and safety of any person {§ 87.2 (b) and (f)}

☐ For the following requested item(s), I must refer you to the appropriate agency/agencies or unit that may be in possession of such documents: *No Charge*

☑ In total, 15 page(s) have been copied. Please remit payment in the amount of $_____ within thirty (30) days. Failure to do so will result in this file being CLOSED.

☑ The requested documents are enclosed with this letter.

☐ Upon receipt of payment, the requested documents will be mailed.

**PAYMENT PROCEDURE**

Send check or money order (no cash) Payable to the "New York City Police Department"
Mail payment to:
New York City Police Department, F.O.I.L Unit, Room 110C, One Police Plaza, New York, NY 10038
**Note: Please include the FOIL number on the check or money order**

**APPEAL PROCEDURE**

Should you so desire, you may appeal this decision or any portion thereof. Such an appeal must be made in writing, within thirty (30) days of the date of this letter, and must be forwarded to:
Sergeant Jordan S. Mazur, Records Access Appeals Officer, New York City Police Department, One Police Plaza, Room 1406, New York, NY 10038. Your appeal may also be submitted via email to
FOILAppeals@NYPD.org
Please include copies of the FOIL request and this letter with your appeal.

Sincerely,

Richard Mantellino
Lieutenant
Records Access Officer

COURTESY • PROFESSIONALISM • RESPECT

128

2/21/2018

Gmail - IdentityTheft.gov Reference Number

# M Gmail

**M. Perry <perryssnl@gmail.com>**

---

## IdentityTheft.gov Reference Number
1 message

---

**no-reply@identitytheft.gov** <no-reply@identitytheft.gov>
To: perryssnl@gmail.com

Thu, Feb 15, 2018 at 1:17 PM

Thank you for reporting identity theft to the FTC.

This is not your temporary password. Your temporary password will come in a separate email.

Your reference number is:

91946726

Keep this for your records.

To view and update your personal recovery plan, log in at IdentityTheft.gov.



UNITED STATES POSTAL INSPECTION SERVICE
CRIMINAL INVESTIGATIONS SERVICE CENTER
433 W. HARRISON STREET, ROOM 3255
CHICAGO, IL  60699-3255



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

10116$9010 C770

 Gmail                                 katheline pierre <kathelinepierre@gmail.com>

## 212 Linden Blvd. Residency Application

**Admin Brodmore <admin@werize.nyc>**                        Wed, Dec 19, 2018 at 12:56 PM
To: katheline pierre <kathelinepierre@gmail.com>
Cc: db@brodmore.com

Hi Katheline,

We are happy to process your application for a studio apartment in order of the logbook. Before we can proceed
we need copies of all of the following:

1) W2's or paystubs for all jobs
2) Employer verification letter with no redactions or an offer letter with hourly/salary amount
3) Confirmation that you'd like to change your household from a 2 person household to a 1 person household
4) Copy of your voucher with award amount and date of award

Without the above we will not be able to move forward with processing your application. To date we've received
your Safe Horizons Emergency Transfer Advocacy Letter and a personal notarized statement of your earnings,
which appears to be for your personal business since it has "cost of goods sold" as an expense. Feel free to
clarify.

Additionally, I work directly for the Management company 212 Linden Ventures, not for an agency. We are
allowed to market our own units once we've completed HPD's compliance courses which is how we were even
allowed to advertise on Housing Connect. Only approved agents are allowed to use housing connect as a
resource to reach middle income applicants. All information sent over is protected and confidential.

Hope to hear from you soon.

Best,
Liz
[Quoted text hidden]

letter from employer

How much # hour

Contact number

Status

letter from Internal Revenue
letters from creditors

December 16, 2016

(32)



Better Business Bureau
Serving Central, Northern & Western Arizona

Maricopa County Campus - 1010 E. Missouri Avenue, Phoenix, AZ 85014
Mohave County Campus - 60 S. Acoma Blvd. Unit #B102, Lake Havasu City, AZ 86403
Yavapai County Campus - 213 Grove Avenue, Prescott, AZ 86301
Yuma County Campus - 350 W. 16th Street, Suite #205, Yuma, AZ 85364

A Community of Trustworthy Businesses

12/26/2017

Katheline Pierre
Po Box 7942
New York NY 10016

*see certificate of insurance*

RE: Complaint ID #  12571035

Dear Katheline Pierre:

This message is in regard to your complaint submitted on 12/21/2017 against Lifelock, Inc..  Your complaint was assigned ID 12571035.

The business has sent the BBB a message regarding this complaint, and forwarding it for your review. The contents of this message are below or attached. Please respond within 7 calendar days or the complaint will be closed as assumed resolved. All responses will be copied to the company.
The text of your complaint may be publicly posted on the BBB web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information in describing the nature of your complaint. By submitting your complaint, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Regards,

Conciliation & Engagement Specialist
Your Better Business Bureau

MESSAGE FROM BUSINESS:

We have reached out to this member and addressed her concerns.

# BUSINESS BANKING DISCLOSURE OF SERVICE CHARGES

Effective Date: April 1, 2018

## Business Checking Account
- **Monthly Maintenance Charge** — $20.00

Fee waived with a 30 day average account balance of $10,000, or with two additional eligible business products (Debit Mastercard, Merchant Services, Payroll Services)
- **Monthly Cash Deposit Fee**

You may deposit or withdraw up to $25,099.99 in cash per statement cycle, without incurring a cash-related fee. Cash deposits or withdrawals that exceed $25,099.99 in a statement cycle will incur a fee of $0.20 per $100 increment (or portion thereof) of cash deposited or withdrawn after $25,099.99 in a statement cycle.
- There is no transaction charges

## Business Savings Account
- **Monthly Maintenance Charge** — $2.00

Fee waived if account average daily balance (calculated by adding the principal in the account for each day of the period and dividing that figure by the number of days in the period) is $100 or more.
- **Monthly Cash Deposit Fee**

You may deposit or withdraw up to $25,099.99 in cash per statement cycle, without incurring a cash-related fee. Cash deposits or withdrawals that exceed $25,099.99 in a statement cycle will incur a fee of $0.20 per $100 increment (or portion thereof) of cash deposited or withdrawn after $25,099.99 in a statement cycle.
- There is no transaction charges

## Business Money Market Account
Debit Card Transactions, Transfers, or Checks Drawn (Limit 6 per monthly cycle)
- **Monthly Service Charge** — $15.00

Fee waived if account average daily balance (calculated by adding the principal in the account for each day of the period and dividing that figure by the number of days in the period) is $10,000 or more.
- **Excess transactions (each)** — $10.00
- **Monthly Cash Deposit Fee**

You may deposit or withdraw up to $25,099.99 in cash per statement cycle, without incurring a cash-related fee. Cash deposits or withdrawals that exceed $25,099.99 in a statement cycle will incur a fee of $0.20 per $100 increment (or portion thereof) of cash deposited or withdrawn after $25,099.99 in a statement cycle.

## Association Checking with Interest Account (Not - For Profit Only)
- **Monthly Maintenance Charge** — $0.00
- There is no transaction charges

## Association Savings Account
- **Monthly Maintenance Charge** — $0.00

## Abandoned Property
Costs for public notice and certified mail as required by law will be passed on to each applicable account.
- **Special handling charge (per account)** — $15.00
- **Reclamation (per account)** — $20.00

## Debit MasterCard/ATM
- Non-Ridgewood ATM Use — $1.50
- Lost Key Replacement — $10.00
- PIN Replacement — $5.00

## Safe Deposit
- Box Break Open — $150.00
- Lost Key — $25.00
- Late Payment (30 days past due) — $10.00

Rental fees vary by box size.
Consult your local branch for details.

## Overdraft
- Transfers against Insufficient funds — $30.00
- Bill payment against Insufficient funds (per item) — $30.00
- Overdraft Privilege (per item paid) — $30.00
- Overdraft Protection Transfer (per item paid) — $10.00
- Stop Payment (per item) — $25.00

## Legal Process Compliance
(Levies, Subpoenas, Restraining Notices, etc.)
- Per Hour — $100.00
- Plus photocopy charge (per item) — $5.00

## External Funds Transfer
- Standard Incoming — FREE
- Standard Outgoing — $2.50
- Express Outgoing — $6.95
- Person-to-Person Transfers — $1.00

Money Orders (each)
- Depositors — $3.00
- Non-Depositors — $10.00

Wire Transfers
- Outgoing (domestic) — $25.00
- Incoming — $10.00

## Other
- Checkbook order or personalized deposit slips - price varies according to style, plus Secure Shipping and tax.
- Consular Letters — $25.00
- Interim Statement — $5.00
- Notary Services, depositors  (per item) — FREE
- Notary Services, non-depositors  (per item) — $2.00
- Photocopy — $5.00
- Returned Check Fee  (per item) — $10.00
  (deposited in account or cashed)
- Returned Mail, processing fee (per month/per account) — $5.00
- Signature Guarantee; Investment Securities  (per item) — $10.00
- Stop Payment (per item) — $25.00
- Transcript of account, per hour (one hour minimum) — $25.00
- Travelers Cheques, per $100 — $1.00
- Reconciliation of Account (no Bank Error)
  Including interim statement (per hour, one hour min.) — $25.00
- Business Checking Amendments
  - Partnership — $10.00
  - For Profit Business — $10.00

*Resolution for Powers only at Ridgew*



**RIDGEWOOD SAVINGS BANK**



**Citywide Administrative Services**

## Employment History
### Retirement and Benefits

*For Full-Time Service Only*

---

Membership Number:  000000                                              Social Security Number:  xxx-xx-9302

The following is a full record of the salaries and dates of employment of
KATHELINE  PIERRE, while employed in the   BOARD OF ELECTION POLL WORKERS

| From | To | Title | | Years | Months | Days |
|------|-----|-------|---|-------|--------|------|
| 10/19/2015 | - 08/15/2018 | ELECTION WKR-PT | 300 | 2 | 9 | 28 |

Salary as of  10/19/2015  = $1.00

| | Pension Earned | LWOP Days |
|------|----------------|-----------|
| 2016 | $600.00 | 0.0 |
| 2017 | $303.00 | 0.0 |
| 2018 | $278.00 | 0.0 |

Non-Pensionable Dollars:



# FEDERAL RESERVE BANK *of* NEW YORK

33 LIBERTY STREET, NEW YORK, NY 10045-0001

February 23, 2018

Ms. Katheline Pierre
421 8th Ave
PO Box 7942
New York, NY 10016

Dear Ms. Pierre:

This letter is in response to your complaint against Chemung Canal Trust Company (Chemung). In your complaint, you state issues that you have encountered with JPMorgan Chase (Chase), including trouble accessing your checking and savings accounts at Chase since 2013. You claim that you have had similar problems with checking, savings and time accounts at Chemung.

As a point of information, Chase is not under the supervisory authority of the Federal Reserve and you were notified by Federal Reserve Consumer Help that your complaint was forwarded to the Consumer Financial Protection Bureau, which has authority over Chase. This letter responds to your allegations against Chemung. We contacted Chemung on your behalf and would like to advise you of our findings.

In connection with our inquiry, Libby Courtright, Compliance Officer at Chemung, advised this Reserve Bank that based on a search of their records, Chemung did not find any accounts in your name and no requests to open any account that would have been denied.

We trust that the information has been helpful. As this office monitors the nature and quality of consumer complaints against banks under our jurisdiction, we thank you for bringing this matter to our attention.

Sincerely,

Felix R. Bustelo
Supervising Examiner
Consumer Compliance

T 212.720.5000 | F 212.720.6767 | E general.info@ny.frb.org | W www.newyorkfed.org

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2018** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

| Filing status: | ☒ Single | ☐ Married filing jointly | ☐ Married filing separately | ☐ Head of household | ☐ Qualifying widow(er) |

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| katheline M | pierre, III | 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 |

| Your standard deduction: | ☐ Someone can claim you as a dependent | ☒ You were born before January 2, 1954 | ☐ You are blind |

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |

| Spouse standard deduction: | ☐ Someone can claim your spouse as a dependent | ☐ Spouse was born before January 2, 1954 | ☐ Full-year health care coverage or exempt (see inst.) |
| ☐ Spouse is blind | ☐ Spouse itemizes on a separate return or you were dual-status alien |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign (see inst.) ☒ You ☐ Spouse
P.O. Box 7942

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6. | If more than four dependents, see inst. and ✔ here ► ☐
New York NY 10116

| Dependents (see instructions): | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see inst.): |
|---|---|---|---|
| (1) First name    Last name | | | Child tax credit / Credit for other dependents |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | | CEO, CSO--CFO, DR., Student | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: |
| | | | | ☐ 3rd Party Designee |
| Firm's name ► Self-Prepared | | Phone no. | | ☐ Self-employed |
| Firm's address ► | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Form **1040** (2018)

---

Form 1040 (2018) Page **2**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | SCH 12600 | | 1 | 1,616,816. |
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | 100,000. |
| 3a | Qualified dividends | 3a 5. | b Ordinary dividends | 3b | 5. |
| 4a | IRAs, pensions, and annuities | 4a | b Taxable amount | 4b | |
| 5a | Social security benefits | 5a | b Taxable amount | 5b | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | -1,078,679. | | 6 | 638,142. |
| 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | | | 7 | 638,142. |
| 8 | Standard deduction or itemized deductions (from Schedule A) | | | 8 | 646,909. |
| 9 | Qualified business income deduction (see instructions) | | | 9 | 0. |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | | 10 | 0. |
| 11 | a Tax (see inst.) ____ 0. (check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ ____ ) b Add any amount from Schedule 2 and check here ► ☐ | | | 11 | 0. |
| 12 | a Child tax credit/credit for other dependents ____ b Add any amount from Schedule 3 and check here ► ☐ | | | 12 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | | | 13 | 0. |
| 14 | Other taxes. Attach Schedule 4 | | | 14 | 16,199. |
| 15 | Total tax. Add lines 13 and 14 | | | 15 | 16,199. |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | | | 16 | 154,520. |
| 17 | Refundable credits: a EIC (see inst.) ____ b Sch. 8812 ____ c Form 8863 ____ | | | 17 | 15,926. |
| | Add any amount from Schedule 5 ____ 15,926. | | | | |
| 18 | Add lines 16 and 17. These are your total payments | | | 18 | 170,446. |

**Refund**
Direct deposit? See instructions.

| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | 19 | 154,247. |
| 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 20a | 154,247. |
| ►b | Routing number 2 2 6 0 7 1 0 3 3 ► c Type: ☒ Checking ☐ Savings | | |
| ►d | Account number 7 0 1 0 9 0 0 5 3 | | |
| 21 | Amount of line 19 you want applied to your 2019 estimated tax ► | 21 | |

**Amount You Owe**

| 22 | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions ► | 22 | |
| 23 | Estimated tax penalty (see instructions) | 23 | |

Go to www.irs.gov/Form1040 for instructions and the latest information. BAA REV 04/17/19 Intuit.cg.cfp.sp Form **1040** (2018)

**Standard Deduction for—**
• Single or married filing separately, $12,000
• Married filing jointly or Qualifying widow(er), $24,000
• Head of household, $18,000
• If you checked any box under Standard deduction, see instructions.

Gmail - TurboTax Update: Federal Return Accepted                    file:///T:/Gmail - TurboTax Update_Federal Return Accepted.htm

 **Gmail**                                    katheline pierre <kathelinepierre@gmail.com>

---

## TurboTax Update: Federal Return Accepted
1 message

**turbotax@intuit.com** <turbotax@intuit.com>                    Sat, Feb 2, 2019 at 12:05 AM
To: KATHELINEPIERRE@gmail.com

Accepted – Your Federal Tax Return

 **turbotax**

# Great news, katheline M pierre III!



### Your federal tax return was accepted by the IRS.

**What this means**

You're officially finished filing your
federal taxes – nicely done!

**What's next**

Once your refund is issued – typically
in 3 weeks or less – it will be on its
way to being all yours via your
preferred delivery method.

---

## Like to track your refund?

Track your refund, print or save a copy of your
returns and more, all on your personalized
TurboTax home page

[ Take me home ]

shares ↙

**Fidelity** 

← Price

| Date | Description | Status | Amount |
|---|---|---|---|
| 12/28/2018 | Buy 10,000.00 of 912796PK9 Limit at $99.985 (Fill or Kill) | Filled at $99.9829 | $9,998.29 |

## UNITED STATES TREAS BILLS ZERO CPN 0.00000% 01/03/2019

| | |
|---|---|
| Order Number | L28NLRLL |
| Status | Filled at $99.9829 |
| Bond CUSIP | 912796PK9 |
| Description | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 01/03/2019 |
| Action | Buy |
| Quantity | 10,000.00 |
| Order Type | Limit at $99.985 |
| Time in Force | Fill or Kill |
| Conditions | None |
| Trade Type | Cash |
| Market Session | Standard |
| Order Date | 12/28/2018, 09:52:01 AM ET |
| Cancel Date | |

### Executions for This Trade

| Date | Time | Price | Quantity | Amount |
|---|---|---|---|---|
| 12/28/2018 | 09:52:04 AM ET | $99.9829 | 10,000.000 | $9,998.29 |
| | | Net Total: | 10,000.00 | $9,998.29 |

Additional Important Information:

Accounts   Orders

Note: To include Additional Important Information when printing, be sure to expand at least one topic prior to printing.

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit Fidelity.com/performance for most recent month-end performance.

Content and data provided by various third parties and Fidelity. Terms of Use

Important information about investment advice for retirement accounts.

643206.1.0

Feedback

IC3 Complaint Referral Form



**Complaint Referral Form**
**Internet Crime Complaint Center**

---

**Victim Information**

|  |  |
|---|---|
| Name: | Katheline |
| Business Name: | |
| Age: | [None] |
| Address: | Po box 7942 |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | New York |
| County: | |
| Country: | United States of America |
| State: | New York |
| Zip Code/Route: | 10116 |
| Phone Number: | 3477625736 |
| Email Address: | kathelinepierre@gmail.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

---

**Financial Transaction(s)**

|  |  |
|---|---|
| Transaction Type: | Debit Card/Credit Card |
| If other, please specify: | |
| Transaction Amount: | $10000 |
| Transaction Date: | 12/31/2018 |
| Was the money sent? | Yes |

|  |  |
|---|---|
| Victim Bank Name: | United States Treasury Direct |
| Victim Bank Address: | |
| Victim Bank Address (continued): | |
| Victim Bank Suite/Mail Stop: | |
| Victim Bank City: | |
| Victim Bank Country: | [None] |
| Victim Bank State | [None] |
| Victim Bank Zip Code/Route: | |
| Victim Name on Account: | Katheline Pierre |
| Victim Account Number: | 8-764 |

|  |  |
|---|---|
| Recipient Bank Name: | Fidelity Investments |
| Recipient Bank Address: | 1356 Third Avenue |
| Recipient Bank Address (continued): | |
| Recipient Bank Suite/Mail Stop: | |
| Recipient Bank City: | |
| Recipient Bank Country: | United States of America |
| Recipient Bank State | New York |
| Recipient Bank Zip Code/Route: | 10075 |
| Recipient Name on Account: | |
| Recipient Bank Routing Number: | 101205681 |
| Recipient Account Number: | 9951 |
| Recipient Bank SWIFT Code: | |

|  |  |
|---|---|
| Transaction Type: | Wire Transfer |
| If other, please specify: | |
| Transaction Amount: | $999000 |
| Transaction Date: | 01/03/2019 |
| Was the money sent? | No |

|  |  |
|---|---|
| Victim Bank Name: | |
| Victim Bank Address: | |
| Victim Bank Address (continued): | |
| Victim Bank Suite/Mail Stop: | |
| Victim Bank City: | |
| Victim Bank Country: | [None] |
| Victim Bank State | [None] |
| Victim Bank Zip Code/Route: | |
| Victim Name on Account: | |
| Victim Account Number: | |

IC3 Complaint Referral Form

Recipient Bank Name:
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: [None]
Recipient Bank State [None]
Recipient Bank Zip Code/Route:
Recipient Name on Account:
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

Transaction Type: Check/Cashier's Check

If other, please specify:
Transaction Amount: $7473.50
Transaction Date: 01/16/2019
Was the money sent? Yes

Victim Bank Name: Ridgewood Savings Bank
Victim Bank Address:
Victim Bank Address (continued):
Victim Bank Suite/Mail Stop:
Victim Bank City:
Victim Bank Country: [None]
Victim Bank State [None]
Victim Bank Zip Code/Route:
Victim Name on Account: Katheline Pierre
Victim Account Number: 90053

Recipient Bank Name:
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: [None]
Recipient Bank State [None]
Recipient Bank Zip Code/Route:
Recipient Name on Account:
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

Transaction Type: Wire Transfer

If other, please specify:
Transaction Amount: $3000
Transaction Date: 01/02/2019
Was the money sent? Yes

Victim Bank Name: Merrick Bank
Victim Bank Address:
Victim Bank Address (continued):
Victim Bank Suite/Mail Stop:
Victim Bank City:
Victim Bank Country: [None]
Victim Bank State [None]
Victim Bank Zip Code/Route:
Victim Name on Account:
Victim Account Number:

Recipient Bank Name:
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: [None]
Recipient Bank State [None]
Recipient Bank Zip Code/Route:
Recipient Name on Account:
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

Description of Incident

*Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.*

Bank Robbery through physical and e-services at financial institution. Threatened to off me today. Hacked my account. Stealing checks left and right. Money Laundering and Embezzlement. I met Kramer, she has no relation there. Perhaps Elected Official Cynthia does. I have an order of protection against her and her identity theft.

New Rigged View Only System -- separation of full service banks from corporate service FI.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☒ Other     Please specify: E-Investment Institution Intrusion
                                  Commingling

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

                        Name: Eliza Sutter
              Business Name: Fidelity Investments
                     Address: 1356 Third Ave
       Address (continued): bet E77th street
          Suite/Apt./Mail Stop:
                          City: New York
                     Country: United States of America
                       State: New York
             Zip Code/Route: 10075
            Phone Number: 18003435438
           Email Address: brokerageservices@fidelity.com
                    Website: netbenefits.com
               IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

Fidelity Alerts: Email Address Update
Inbox
x

Fidelity Investments <Fidelity.Alerts@fidelity.com>
1:39 PM (58 minutes ago)
to THEHUB.MPIENCES

Fidelity Alert: Email Address Updated
Fidelity Investments
Fri Jan 25, 2019
01:39:47 p.m. ET
Your email address was updated
You are receiving this message due to one of the following updates to your Fidelity Profile:
You opened an account and provided your email address.
You changed an existing email address.
You deleted an existing email address.
If you made this update, you don't need to do anything.

If you did not make this update, please call us immediately at 800-343-3548.

Sending Fidelity secure messages:
If you want to message us, please do not reply to this email. Instead, you can reach us via a secure message by logging in to your Fidelity account and visiting Customer Service.

Fidelity Alerts User Agreement
To verify this email was sent by Fidelity Investments, log in to your account and visit Research > Alerts > View Alerts History.

Important Information:
Fidelity automatically emails certain alerts to customers who have provided an email address.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917.

537048
© 2019 FMR LLC. All rights reserved.

1/25/2019                 IC3 Complaint Referral Form



From: Fidelity Investments <Fidelity.Alerts@Fidelity.com>
Sent: Friday, January 25, 2019 1:39 PM
To: Katheline Pierre <founder@themplences.us>
Subject: Fidelity Alerts: Email Address Update

Fidelity Alert: Email Address Updated

Fri Jan 25, 2019
01:38:50 p.m. ET

Your email address was updated

You are receiving this message due to one of the following updates to your Fidelity Profile:
•   You opened an account and provided your email address.
•   You changed an existing email address.
•   You deleted an existing email address.
If you made this update, you don't need to do anything.

If you did not make this update, please call us immediately at 800-343-3548.

Sending Fidelity secure messages:
If you want to message us, please do not reply to this email. Instead, you can reach us via a secure message by logging in to your Fidelity account and visiting Customer Service.

Fidelity Alerts User Agreement

To verify this email was sent by Fidelity Investments, log in to your account and visit Research > Alerts > View Alerts History.

Important information:
Fidelity automatically emails certain alerts to customers who have provided an email address.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917.

537048

© 2019 FMR LLC. All rights reserved.

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Yes, to local police [investigative reports] and the state prosecutor.

☑ Check here if this an update to a previously filed complaint:

**Who Filed the Complaint**

Were you the victim in the incident described above? Yes

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

**Digital Signature: Katheline Pierre**

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*



**Ameritrade**

TDA Form # KTP OLA 186



## Return This Form

Please follow the steps below:

Review the information listed on this form.

Make any necessary changes.

Sign the form.

Mail or fax this form to TD Ameritrade. (See last page for contact information.)

Include any additional paperwork.

## Account information

| | |
|---|---|
| Account type | Individual |
| Account number | 494634754 |

## Personal information

| | |
|---|---|
| Full name | Mrs KATHELINE PIERRE III |
| Email address | KATHELINEPIERRE@GMAIL.COM |
| Best daytime phone number | (347) 762-5736 |
| Citizenship status | U.S citizen |
| SSN/ITIN | 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 |
| Date of birth | 2/16/1993 |
| Marital status | Married |
| Mother's maiden name | Senord |
| Dependents | 0 |
| Home address | 35 LINDEN BLVD<br>BROOKLYN NY 11216<br>UNITED STATES |
| Mailing address | PO BOX 7942<br>NEW YORK NY 10116-7942<br>UNITED STATES |

## Employment information

| | |
|---|---|
| Employment status | Employed |
| Business/employer name | CITY OF NEW YORK |
| Occupation | POLICE_OFFICER/FIREFIGHTER/LAW_ENFORCEMENT_PROFESSIONAL |
| Employer address | MPIENCES BRANDS INC<br>PO BOX 7942 |

# Your E-Statement is now available!

## Ridgewood Savings Bank <custsvc@ridgewoodbank.com>

Fri 2/1/2019 1:40 PM

To·Katheline Pierre <founder@thempiences.us>;

Your new E-Statement is now available for viewing.  To view your new statement, please login to Ridgewood Savings Bank's Online Banking or Mobile app.

**Products and services:**

Identity Protection in the palm of your hand.

LEARN MORE

EZShield

If you have any questions or want to unsubscribe to E-Statements, we're here to help at (718) 240-4778 Monday - Friday: 7AM - 8PM, Saturday: 8AM - 5PM.

Thank you for choosing Ridgewood Savings Bank.

Member FDIC

Tracking-No: (625856-3885976-4507972) Tracking-No: (625856-3885976-4507967)

CUSTOMER SERVICE    PROFILE    OPEN AN ACCOUNT    REFER A FRIEND    LOG OUT    Search or get a quote

| Accounts & Trade | Planning & Advice | News & Research | Investment Products | Why Fidelity |

# Trade

Help/Glossary | Print

Stocks/ETFs    Mutual Funds    Fixed Income    Trade Armor    Conditional    Baskets

**Trade Fixed Income Confirmation**

Account [ INDIVIDUAL (X84789951) ▾ ]

**Thank you. Your order has been placed and received by Fidelity.**

**Order Confirmation Number: L28NLRLL**

Please print this confirmation for your records.

This unique order number is confirmation of receipt of your order. If you contact Fidelity concerning this order, use this order number to identify it.

⟳  To check your order status, go to the Orders page.

**Order Information**

| | |
|---|---|
| Account | X84789951 |
| Action | Buy |
| CUSIP | 912796PK9 |
| Description | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 01/03/2019 |
| Quantity | 10 |
| Coupon | — |
| Maturity Date | 01/03/2019 |
| Trade Date | 12/28/2018 |
| Settlement Date | 12/31/2018 |
| Order Type | Price Limit at 99.985 |
| Time in Force | Fill or Kill |
| Trade Type | Cash |
| Price w/Mark-up | 99.985 |
| Effective Yield | 1.825273 |
| Accrued Interest | 0.00 |

← Q ordered

← P. w/ markup 0 %

| | |
|---|---|
| The cost of this trade without mark-up | $9,998.50 |
| Mark-up(%) | $0.00 (0.00%) |
| Cost of this trade with mark-up | $9,998.50 |

▶ **Visit the Online Message Center for a PDF of important material security information.**

**Next Steps**

To check your order status, go to the Orders page.

**Place Another Fixed Income Order**



✦ 1998–2018 FMR LLC.
All rights reserved.
Terms of Use   Privacy   Security   Site Map

# NYS Department of State

# Division of Corporations

## Entity Information

The information contained in this database is current through March 4, 2019.

Selected Entity Name: MOTION PICTURES INFORMATION ENTERPRISES &
COMMUNICATIONS COMISSION MUYASIMPIENCES, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | MOTION PICTURES INFORMATION ENTERPRISES & COMMUNICATIONS COMISSION MUYASIMPIENCES, INC. |
| **DOS ID #:** | 5104634 |
| **Initial DOS Filing Date:** | MARCH 20, 2017 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
FELIX, KATHELINE M. PIERRE III.
35 LINDEN BLVD APT C2
BROOKLYN, NEW YORK, 11226

Registered Agent

NONE

This office does not record information regarding
the names and addresses of officers, shareholders
or directors of nonprofessional corporations except

the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

## *Stock Information

**# of Shares  Type of Stock  $ Value per Share**

200          No Par Value

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 20, 2017 | Actual | MOTION PICTURES INFORMATION ENTERPRISES & COMMUNICATIONS COMISSION MUYASIMPIENCES, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in
New York State. The entity must use the fictitious name when conducting its activities or business in
New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS
Homepage  |  Contact Us

*Fidelity*.com

# We're committed to your security

We safeguard your accounts with strong encryption, firewalls, secure email, and proactive 24/7 system surveillance.

## Additional security protection against fraud

**We offer these extra measures for the different ways you do business with us.**



### Extra login security

**For online access:**
download an app for security codes to use in addition to your username and password.



### 2-factor authentication

1 of 4

**For some sensitive transactions:**
a security code is sent via text or voice call to your phone, to verify your identity.

*See more of our security measures*



## Fidelity MyVoice℠

**For when you call us:**
voice recognition technology for account security, as unique as your voice.

## Fidelity Customer Protection Guarantee

We're proud of the trust you place in Fidelity and want to ensure that you have peace of mind when doing business with us. That's why we offer this guarantee: We will reimburse you for any financial losses that result from unauthorized activity on your accounts.



### How strong are your passwords?

If you use the same username or password at Fidelity and other online sites, your accounts could be at risk. Use strong,

different passwords for each of your online accounts.

Change your password now

## Take additional steps for your protection

Boost your login protection

Take precautions at home

Monitor your accounts

Look out for suspicious emails

Browse with vigilance



Watch our 360 Security videos to see how you can assess your own security situation.



Keep your computer constantly protected with industry-leading antivirus software.

**See McAfee's current offers** ⧉

McAfee and the McAfee logo are registered trademarks of McAfee, Inc.

McAfee and Fidelity are not affiliated.

737060.15.0



### Stay Connected

Locate an Investor Center by ZIP Code

 

Careers   News Releases   About Fidelity   International

Copyright 1998-2019 FMR LLC. All Rights Reserved.

Terms of Use   Privacy   Security   Site Map   Accessibility   Contact Us

This is for persons in the U.S. only.

     

Error: Access Blocked | Reset Your Password | Fidelity Investments          Page 1 of 1

(http://www.fidelity.com/)

> ❶ **Error:** For security reasons, your access has been blocked. Please contact a service representative to restore access to your account.

Please contact a service representative at 800-544-0187.

Return to your homepage (http://www.fidelity.com/)



(http://www.fidelity.com/)

© 1998– 2019  FMR LLC. All rights reserved.

Terms of Use (http://personal.fidelity.com/misc/legal/index_legal.shtml) | Privacy (http://personal.fidelity.com/accounts/services/findanswer/content/index_privacy.shtml)
Security (http://personal.fidelity.com/accounts/services/findanswer/content/index_security.shtml)
Site Map (http://personal.fidelity.com/accounts/services/index_sitemap.html)
This is for persons in the U.S. only. (http://www.fidelity.com/terms-of-use)

 Gmail

katheline pierre <kathelinepierre@gmail.com>

---

**Fidelity Investments - We received your email**
1 message

**Executive@fidelity.com** <Executive@fidelity.com>                Fri, Jan 4, 2019 at 8:58 AM
To: KATHELINEPIERRE@gmail.com

Dear Ms. Pierre:

On behalf of Fidelity Brokerage Services LLC ("Fidelity"), we acknowledge receipt of your email.

We appreciate your patience while we research the issues raised in your correspondence. You will receive our response to your concerns once our research is completed.

If you need assistance with a time-sensitive transaction, we request that you call us as soon as possible. In the meantime, you may direct any additional inquiries, information, or material regarding this issue to our attention through the Fidelity.com secure Communication Center.

Thank you for bringing this matter to our attention.

Fidelity Investments

Clearing, custody or other brokerage services provided by National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC

**FEDERAL REFUND** **$153,895**   NY REFUND **$78,218**   Hide                    Live Tax Ad

# Here's confirmation of your payment option

You've chosen to deduct fees from your federal refund.

Here's a breakdown of your fees and the amount of your federal refund after your fees
are deducted. If your state charges sales tax, that amount will also be deducted from
your refund.

### REFUND DETAILS

| | |
|---|---|
| Bank name: | Ridgewood Savings Bank |
| Routing number: | 226071033 |
| Account number: | 701090053 |

### TURBOTAX FEES

| | |
|---|---|
| TurboTax federal: | $89.99 |
| TurboTax states (1): | $39.99 |
| MAX Defend and Restore:   ⑦ | $59.99 |
| Option to pay with your refund: | $39.99 |
| | |
| Expected tax refund: | $153,895 |
| Total fees: | - $229.96 |
| | plus applicable sales tax |

**Your expected refund minus fees:**                    **$153,665.04**

Print this page

FEDERAL REFUND **$153,895**   NY REFUND **$78,218**   Hide   Live Tax Ad



Continue

‹ Back

License Agreement | Privacy | Security | Cobrowse
© 2019 Intuit Inc. All rights reserved.

⑩

New party ('KATHELINE PIERRE III') has joined the session

**KATHELINE PIERRE III:** There is an unauthorized cancelled check on my account. My assets and mutual funds were safeguarded by the Government. I secured my assets and would like to continue my trust in Fidelity with reimbursement through my current cash account for a Treasury financial investment that may be lost or hidden by a "bounced"/ unauthorized canceled check. I already spoke to Mr. Beck and would like to speak with an account services associate

Thank you for contacting Fidelity Investments. All interactions are subject to recordkeeping and monitoring. Brokerage chat representatives are registered with Fidelity Brokerage Services LLC and are unable to accept any trading requests to buy, sell or exchange securities in ANY account, or to process any transactions in your retirement saving or benefit plan, nor do they provide legal, tax or investment advice. Fidelity Brokerage Services LLC, Member NYSE, SIPC

New party ('Foley Cox') has joined the session

**Foley Cox: Good morning, . I hope you are doing well today and thank you for choosing Fidelity. You have reached Electronic Channel Support, the technical support group, and I am happy to help.**

**Please allow me a moment to read what you have said so far.**

**Foley Cox: Thank you. I understand you would like to discuss a check situation with a service associate. Is that correct?**

**KATHELINE PIERRE III:** Yes, but they are giving me a hard time with my life savings

**Foley Cox: Thanks for confirming and I apologize for any frustration caused. I am happy to help, but I specialize in technical support for the web site and would be happy to invite a service associate. May I invite them into the chat now?**

**KATHELINE PIERRE III:** Thanks for understanding. I appreciate your services. I am an AmeriCorps Service member myself. Please feel free to invite them to the chat.

**Foley Cox: My pleasure, Katheline. Thank you. One moment please and I'll invite them. I'll be leaving the chat so that they can join. They will be able to read the chat history so you won't need to repeat anything.**

Party ('Foley Cox') has left the session.

New party ('Courtney Kramer') has joined the session

**Courtney Kramer: Hello and thank you for chatting in with us today. I hope you're doing well. I see that you're chatting in today about a check. Please allow me a moment to look into more detail on your account and questions.**

**KATHELINE PIERRE III:** Thank you, I appreciate your services!

**Courtney Kramer: Thank you for your patience. I see that you spoke with a customer service representative earlier today that let you know that unfortunately at this time we are no longer able to service your accounts. At this time we cannot assist you with the accounts. Thank you and have a good day.**

Chat has disconnected

(http://www.dfs.ny.gov/)

SECURE
PORTAL

My Apps (/web/guest/myapps)    Public Apps  ▼   (https://myportal.dfs.ny.gov...

Consumer

## Consumer Complaint Form

Use the form below to submit your complaint
Before you complete the form, please confirm your authorization

| | |
|---|---|
| Are you a representative filling out this form for someone else? | No |
| *I authorize the entity or individual named in this complaint to furnish to the Department of Financial Services any information related to this matter.* | Yes |

| What is your name? | Business Name: | |
|---|---|---|
| | First Name: | Katheline |
| | Middle Name: | |
| | Last Name: | Pierre |

| What is your address? | Address 1: | PO Box 7842 |
|---|---|---|
| | Address 2: | |
| | Zip: | 10116  0000 |
| | City: | New York |
| | State: | NY |
| | Is address outside of the US? | No |
| | Phone: | 3477625736 |
| | Fax: | |
| | eMail: | founder@thempiences.us |

| What is the name of the person/entity you are complaining about? | Business Name: | Ridgewood Savings Bank |
|---|---|---|
| | First Name: | Debbie |
| | Last Name: | Socknauth |
| | Address: | 244 Court Street |
| | Zip: | 11201 |
| | City: | Cobble Hill |
| | State: | NY |

| | |
|---|---|
| Which product or service best describes your complaint? | Bank Account |
| What was the date of the transaction? | 02/01/2019 |
| If you lost money, how much money did you lose? | $ 7873.5 |
| What method did you use to pay? | Signature Gerunteed Investment Security |
| What is the date of your complaint to the company? | 02/02/2019 |
| Who did you speak to/contact at the company? | Name: |
| | Title: |

| | |
|---|---|
| What was the company's response to you? | They refused to file a claim under the Check 21 Act in attempt to recover and investigate substitute check fraud that was the accessory policy of the related banking account. |
| Was the product or service advertised? | No |
| Did you sign a contract? | No |
| Has this matter been submitted to another agency or to an attorney? | No |
| Is a court action pending for this matter? | No |
| What do you think would be a fair resolution to your complaint? | Re-Opened Account and Access to tax refund currently scheduled to be deposited. Liquidation measures. |
| How were you referred to the Department of Financial Services? | FDIC Consumer Hotline |
| Please enter the details of your complaint here | My business banking account was closed at the same hour my tax refund was accepted and transmitted. I was supposed to file a claim because there was suspicion that unauthorized activity had caused my Check to bounce. Normally it was backed by irrevocable dejure stockbond power. However, bankers refused to be compliant and either cashed my check and/or simply removed it via TBS. |

Use the browse and upload button to attach any files relating to your complaint. Uploaded files will be shown in the table below.

[                    ]    Browse...   Upload

| File Name | File Size | File Content Type | Delete |
|---|---|---|---|
| RS.pdf | 398 KB | application/pdf | Delete |
| irs_invoice.pdf | 189 KB | application/pdf | Delete |

In order to resolve your complaint we may send a copy of this form and any supporting documentation you submit to the person or firm you are complaining about.

In filing this complaint, I understand that the Department of Financial Services is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint (including supporting documentation) being forwarded to the institution or person that the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

Indicate your agreement to the above by checking the Box below:

◉            ○
I AGREE I Do Not Agree

[ Submit ]        [ Cancel ]        [ Edit ]

---



PIERRE, KATHELINE <kpierre4737@bths.edu>

## Important Reminder about your new Chase Ultimate Rewards(SM) Debit Card

1 message

**Chase** <Chase@emailreply.chase.com>
Reply-To: Chase.7756902.2161.0@emailreply.chase.com
To: kpierre4737@bths.edu

Fri, Oct 15, 2010 at 2:36 PM

E-mail Security Information.

**Note:** This is a service message with information related to your Chase account(s). It may include specific details about transactions, products or online services. If you recently cancelled your account, please disregard this message.

Chase

Helpful reminder about your Chase Ultimate Rewards(SM) Debit Card

Picture of Ultimate
Rewards Debit card

For your Chase Ultimate Rewards[SM] Debit Card
ending in: 4534

Welcome to your new Chase Ultimate Rewards Debit Card, which you can use to earn points that can be redeemed for a wide range of rewards. We want to remind you that **your low $25 annual fee will be automatically deducted from your checking account on November 24, 2010.** 

With Ultimate Rewards points you can get almost anything imaginable - gift cards, cash back, merchandise options and more. The options are virtually endless.

remember, your card also comes with these great benefits:

4 points for every $5 you spend on purchases made without using your PIN*

maximize your rewards, combine the points you earn with your eligible debit and credit cards

bonus points after your first qualifying purchase**

no limit on how many points you can earn and points don't expire

no travel blackout dates

*1 of 2*

earn up to 10 bonus points for every $1 you spend shopping online at the Ultimate Rewards Mall

To check your point balance and explore your exciting rewards options, visit chase.com/ultimaterewards now.

**E-mail Security Information**

**E-mail intended for: KATHELINE PIERRE.**
**For your card ending in: 4534.**

If you would like to learn more about e-mail security or want to report a suspicious e-mail, click here.

**Note:** If you are concerned about clicking links in this e-mail, the Chase Online Services mentioned above can be accessed by typing www.chase.com/ultimaterewards directly into your browser.

**TERMS AND CONDITIONS**
"Ultimate Rewards" and the Ultimate Rewards logo are service marks of JPMorgan Chase & Co. Ultimate Rewards Program is brought to you by Chase Bank USA N.A. an affiliate of JPMorgan Chase Bank N.A.

*Qualifying purchases include all Debit Card purchases made without using a PIN. Such "non-PIN" purchases include purchases you sign for, Internet purchases, phone or mail-order purchases, small dollar purchases that do not require a signature, bill payments (where billers process the transactions as a credit card) and contactless purchases (purchases made by holding your blink®-enabled card to a secure reader). Cash advances and cash transactions do not qualify. Certain exclusions apply, see Program Rules and Regulations for details.

**Please allow 6 weeks from the date of your first qualifying purchase for your bonus points to post to your Ultimate Rewards account.

**ABOUT THIS MESSAGE**
If you want to contact Chase, please do not reply to this message, but instead go to www.chase.com. For faster service, please enroll or log in to your account. Replies to this message will not be read or responded to.

Your personal information is protected by advanced technology. For more detailed security information, view our Online Privacy Policy. To request in writing: Chase Privacy Operations, P.O. Box 659752, San Antonio, TX 78265-9752.

JPMorgan Chase Bank, N.A. Member FDIC
© 2010 JPMorgan Chase & Co.

LC-UR01EM

This e-mail was sent to: kpierre4737@bths.edu

1/2/2019

Informed Delivery

Welcome to Informed Delivery™
Hi, Katheline ,
Here's what's arriving soon.

Welcome to Informed Delivery™
Hi, Katheline , Here's what's arriving soon.

> Mailpiece
1Packages

Email Support (https://uspshelp.custhelp.com/app/ask_id)

FAQs (http://faq.usps.com/?articleId=1449159856675)

Settings

## Mail

Today(0) ( /box/pages/secure/DashboardAction_input.action?selectedDate=01%2F02%2F2019)    Yesterday(0) ( /box/pages/secure/DashboardAction_input.action?selectedDate=01%2F01%2F2019)

Monday(0) ( /box/pages/secure/DashboardAction_input.action?selectedDate=12%2F31%2F2018)    Sunday(0) ( /box/pages/secure/DashboardAction_input.action?selectedDate=12%2F30%2F2018)

Saturday(1) ( /box/pages/secure/DashboardAction_input.action?selectedDate=12%2F29%2F2018)    Friday(0) ( /box/pages/secure/DashboardAction_input.action?selectedDate=12%2F28%2F2018)

Thursday(1) ( /box/pages/secure/DashboardAction_input.action?selectedDate=12%2F27%2F2018)



P.O. Box 85619
Richmond, VA 23285-5619

Presorted
First-Class Mail
US Postage
PAID
Capital One

Feedback

1GG0873

Katheline M Pietro
PO BOX 7942
NEW YORK, NY 10116-7942

✓ I didn't receive this mailpiece. (i) Submitted ✓

Consumer Complaint Confirmation

Thank you for contacting Federal Reserve Consumer Help. This message confirms that you have successfully submitted your complaint with the Federal Reserve System. Your complaint was submitted on January 01, 2019 at 12:08 PM.

We will determine the appropriate federal regulator to address your complaint and forward your complaint to that regulator for investigation. Within 15 business days, we will send you a written acknowledgement that will tell you the federal regulator to which your complaint was sent and contact information for that regulator. If the Federal Reserve will investigate your complaint, you should receive a response from the Reserve Bank handling your complaint within 60 days after the Reserve Bank's receives your complaint.

More information on the Federal Reserve's consumer complaint process is located on our website.

### Your Information

| | |
|---|---|
| Name: | Katheline Pierre |
| Address: | 421 8th Ave Unit 7942 |
| | New York, NY   10116 |
| Country: | United States |
| Email Address: | info@thempiences.us |
| Phone Number: | 3473626959 |
| Alternate Phone: | |
| Contact Preference: | E-Mail |

### Institution Information

| | |
|---|---|
| Institution Name: | Fidelity Investments Upper East Side |
| Account/Product Type: | |
| Address: | 1356 Third Ave |
| | New York, NY |
| Country: | United States |
| Email Address: | |
| Phone Number: | 800-237-8834 |
| Institution Information: | |

### Complaint

A new risk control manager has been hacking my account without consent or authorization. She has been stealing deposits and then she took a dollar out of my account while bouncing my certified check immediately after I placed a trade. I noticed my account was working properly and when I had

1 of 2

returned to her location she started denying that my marketable securities where at stake and available on her platform. It took a year and my account was never hacked. I go to another office and never had an issue. She tried to take a dollar out of my account. I think she's trying to charge me $36 for it. I have confirmation reports, photographic evidence, and account records.

How can your complaint be satisfactorily addressed?

Risk Control Management, Watch placed on mail and DSS components. My account back up and running.

15

Fidelity Investments

Activity & Orders



🖨 Print

> View new types of account activity in Your Transactions.

- **Orders**

View Your Commissions & Price Improvement Summary

AS OF 01/06/2019 9:36 AM ET

↻ Refresh

There are currently no orders in this account.

View any orders you may have submitted for new issue bonds.

+ **Pending Transfers and Bill Payments**

- **History**

**Time Period**

Past 10 Days ⌄

**Security Type**          **Security**

Symbol ⌄      Enter Symbol   [ Go ]    ☑ View settlements in core

**Show**

All Transactions ⌄

Expand all    Collapse all                                    Download

| Date ▾ | Account | Description | Amount |
|---|---|---|---|
| 01/03/2019 | INDIVIDUAL X84789951 | REDEMPTION PAYOUT UNITED STATES TREAS BILLS ZERO CPN 0.00000% 01/03/2019 (Cash) | $10,000.00 |
| 01/03/2019 | INDIVIDUAL X84789951 | *UNK TRANSFER Request* → TRANSFERRED FROM MINIMUM TRANSFER VS. X78-609143-1 (Cash) | $0.74 |
| 01/03/2019 | | | -$0.74 |

Fidelity Investments

| Date | Account | | Description | Amount |
|------|---------|---|-------------|--------|
| | INDIVIDUAL X78609143 | | TRANSFERRED TO MINIMUM TRANSFER VS. X84-789951-1 (Cash) | |
| 01/03/2019 | INDIVIDUAL X78609143 | *SWEEPS CASH Dividend.* | REDEMPTION FROM CORE ACCOUNT FIDELITY TREASURY MONEY MARKET FUND (FZFXX) (Cash) | $0.74 |
| 01/03/2019 | INDIVIDUAL X84789951 | *Escrow Acct* | PURCHASE INTO CORE ACCOUNT FDIC INSURED DEPOSIT AT DISCOVER BANK N (QHMBQ) (Cash) | -$2.86 |
| 01/02/2019 | INDIVIDUAL X84789951 | *WRITTEN POS on check* | CHECK RECEIVED as of 12/27/2018 (Cash) | -$700.00 |
| 01/02/2019 | INDIVIDUAL X84789951 | *AVAILABLE FOR TRADE* | CHECK RECEIVED as of 12/27/2018 (Cash) | -$9,300.00 |
| 01/02/2019 | INDIVIDUAL X84789951 | *Payout Escrow Acct* | REDEMPTION FROM CORE ACCOUNT as of 12/27/2018 FDIC INSURED DEPOSIT AT DISCOVER BANK N (QHMBQ) (Cash) | $10,000.00 |
| 01/02/2019 | INDIVIDUAL X84789951 | *Order Fulfillment/ Purchase* | PURCHASE INTO CORE ACCOUNT FDIC INSURED DEPOSIT AT DISCOVER BANK N (QHMBQ) (Cash) | -$9,997.88 |
| 12/31/2018 | UNINCORPORATED ASSN Z40041082 | | INSUFF FDS/CHK RETD 0000001002INSUFFICIENT FUNDS as of 12/28/2018 (Cash) | -$700.00 |
| 12/31/2018 | UNINCORPORATED ASSN Z40041082 | *Escrow Acct* | INSUFF FDS/CHK RETD 0000001005INSUFFICIENT FUNDS as of 12/28/2018 (Cash) | -$9,300.00 |
| 12/31/2018 | INDIVIDUAL X78609143 | *Dividend Payout SWEEPS CASH* | DIVIDEND RECEIVED FIDELITY TREASURY MONEY MARKET FUND (FZFXX) (Cash) | $0.03 |
| 12/31/2018 | INDIVIDUAL X78609143 | *Reinvestment SWEEPS CASH* | REINVESTMENT FIDELITY TREASURY MONEY MARKET FUND (FZFXX) (Cash) | -$0.03 |

Fidelity Investments

| Date | Account | | Description | Amount |
|------|---------|--|-------------|--------|
| 12/31/2018 | INDIVIDUAL X84789951 | *Original deposit / payout from Escrow → ACCT* | REDEMPTION FROM CORE ACCOUNT FDIC INSURED DEPOSIT AT DISCOVER BANK N (QHMBQ) (Cash) | $9,997.88 |
| 12/31/2018 | INDIVIDUAL X84789951 | | INTEREST EARNED FDIC INSURED DEPOSIT AT DISCOVER BANK N (QHMBQ) (Cash) | $0.41 |
| 12/28/2018 | INDIVIDUAL X84789951 | *Settlement of Order placed call* | YOU BOUGHT UNITED STATES TREAS BILLS ZERO CPN 0.00000% 01/03/2019 (Cash) | -$9,998.29 |

## YOU BOUGHT UNITED STATES TREAS BILLS ZERO CPN 0.00000% 01/03/2019 (Cash)

| | |
|--|--|
| **Symbol** | 912796PK9 |
| **Description** | UNITED STATES TREAS BILLS ZERO CPN 0.00000% 01/03/2019 |
| **Shares** | + 10,000.000 |
| **Price** | 99.9829 |
| **Amount** | -$9,998.29 |
| **Settlement Date** | 12/31/2018 |

| Date | Account | | Description | Amount |
|------|---------|--|-------------|--------|
| 12/27/2018 | INDIVIDUAL X84789951 | | CHECK RECEIVED (Cash) | $9,300.00 |
| 12/27/2018 | INDIVIDUAL X84789951 | | CHECK RECEIVED (Cash) | $700.00 |
| 12/27/2018 | INDIVIDUAL X84789951 | *Original deposit in ESCROW →* | PURCHASE INTO CORE ACCOUNT FDIC INSURED DEPOSIT AT DISCOVER BANK N (QHMBQ) (Cash) | -$10,000.00 |

Reassign the lots associated with any unsettled trades you may have made.

See account statements for transactions that occurred over 5 years ago.

Fidelity Investments

See account positions for cost basis and gain/loss information for all your securities.

Additional Important Information:

Accounts     Activity     Orders

Note: To include Additional Important Information when printing, be sure to expand at least one topic prior to printing.

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit Fidelity.com/performance for most recent month-end performance.**

Content and data provided by various third parties and Fidelity. Terms of Use

Important information about investment advice for retirement accounts.

643206.1.0

© 1998 – 2019 FMR LLC.

All rights reserved

Terms of Use |Privacy |Security |Site Map | Accessib

NetBenefits ®

| CUSTOMER SERVICE | PROFILE | OPEN AN ACCOUNT | REFER A FRIEND | LOG OUT | Search or get a quote |
| --- | --- | --- | --- | --- | --- |

| Accounts & Trade | Planning & Advice | News & Research | Investment Products | Why Fidelity |
| --- | --- | --- | --- | --- |

Home   Accounts & Trade   Portfolio

🖶 Print

# Manage Money & Payments

Cash Management Alerts  Make This Your Start Page

| Accounts | Fidelity BillPay® | Credit Cards |
| --- | --- | --- |

☑ **Pay a Bill**
Ask the Virtual Assistant your BillPay questions

Select Account   INDIVIDUAL (X84789951)   Manage Your Account ▾

**Balances** as of 01/06/2019   Total Account Value ⚡ $2.86   View All Balances

**Transfer Cash**

☑ **Available to Withdraw** ⚡
All Accounts as of 01/06/2019   $0.00

Available to Withdraw ⚡   $0.00   FDIC-Insured Deposit Sweep ⚡

Interest Earned  |  Rates ⚡

View by Account  |  View by Category

SEP-IRA (224808040)
$0.00

Rebates & Rewards ² as of 01/04/2019   Total ⚡ $0.00   YTD 12 Month

INDIVIDUAL (X84789951)
$0.00

Credit Card Rewards   $0.00

ATM Rebates   $0.00

UNINCORPORATED ASSN (Z40041082)
$0.00

## Transaction Details

INDIVIDUAL (X93815036)
$0.00

⚏ Pending Transactions   Time Period ⚡ Next 30 days
From 01/06/2019 to 02/05/2019

INDIVIDUAL (X78609143)
$0.00

| Date ▾ | Description | Type | Deposits | Withdrawals |
| --- | --- | --- | --- | --- |

No pending transactions for the time period selected.

CORPORATION (Z40030665)
$0.00

Limits on IRA and HSA Account Withdrawals ⚡

View All Pending Transactions

*↖ Employer Acct* (handwritten)

**Recent Transactions**
From 12/07/2018 to 01/06/2019

Type ⚡ All Transactions   Time Period ⚡ Last 30 days

**Cash Manager** | **Account Services**

⚙ Your Settings
View and/or edit your Cash Manager thresholds

| Date ▾ | Description | Type | Deposits | Withdrawals | Balance ⚡ |
| --- | --- | --- | --- | --- | --- |
| 01/03/2019 | REDEMPTION PAYOUT | Investment Activity | $10,000.00 | | $2.86 |
| 01/03/2019 | TRANSFERRED FROM MINIMUM TRANSFER VS. X78-609143-1 | Transfers Btw Fidelity Accts | $0.74 | | -$9,997.14 |
| 01/02/2019 | CHECK RECEIVED as of 12/27/2018 | Checks | | $700.00 | -$9,997.88 |
| 01/02/2019 | CHECK RECEIVED as of 12/27/2018 | Checks | | $9,300.00 | -$9,297.88 |
| 12/31/2018 | INTEREST EARNED QHMBQ | Dividend / Interest | $0.41 | | $2.12 |
| 12/28/2018 | YOU BOUGHT UNITED STATES TREAS BILLS ZERO CPN 0.00000% 01/03/2019 10,000.0 shares, $99.98 per share. Settlement date: 12/31/2018 | Investment Activity | | $9,998.29 | $1.71 |
| 12/27/2018 | CHECK RECEIVED | Checks | $700.00 | | $10,000.00 |
| 12/27/2018 | CHECK RECEIVED | Checks | $9,300.00 | | $9,300.00 |
| 12/26/2018 | DEBIT CARD PURCHASE OTL*SCORESENSE.COM 800-679-6327 TX | ATM - Debit Card Activity | | $1.00 | $0.00 |
| 12/26/2018 | TRANSFERRED FROM OVERDRAFT TRANSFER VS. X78-609143-1 | Transfers Btw Fidelity Accts | $1.00 | | $1.00 |
| 12/18/2018 | DEBIT CARD PURCHASE POSN018 7-ELEVEN BROOKLYN NY | ATM - Debit Card Activity | | $3.54 | $0.00 |
| 12/18/2018 | DEBIT CARD PURCHASE POSN018 7-ELEVEN BROOKLYN NY | ATM - Debit Card Activity | | $4.89 | $3.54 |
| 12/18/2018 | TRANSFERRED FROM OVERDRAFT TRANSFER VS. X78-609143-1 | Transfers Btw Fidelity Accts | $6.85 | | $8.43 |
| 12/14/2018 | DEBIT CARD PURCHASE POS9999 WALGREENS STOR BROOKLYN NY | ATM - Debit Card Activity | | $8.41 | $1.58 |

📈 Follow Your Activity
View your Cash Manager activity in a graph or chart.

*BNK TRANSFER →* (handwritten)

*Escrow →* (handwritten)

*← Rigged* (handwritten)

*Overdraft Transfer →* (handwritten)

| Date ▼ | Description | Type | Deposits | Withdrawals | Balance |
|--------|-------------|------|----------|-------------|---------|
| 12/14/2018 | DEBIT CARD RETURN PPTITUNES.COM/BILL 402-935-7733 CA | ATM - Debit Card Activity | $9.99 | | $9.99 |
| 12/12/2018 | DEBIT CARD PURCHASE FLATBUSH DELI CORP BROOKLYN NY | ATM - Debit Card Activity | | $9.00 | $0.00 |
| 12/12/2018 | TRANSFERRED FROM OVERDRAFT TRANSFER VS. X78-609143-1 | Transfers Btw Fidelity Accts | $7.25 | | $9.00 |
| 12/10/2018 | DEBIT CARD PURCHASE POSN016 7-FL FVFN BROOKLYN NY | ATM - Debit Card Activity | | $7.14 | $1.75 |
| 12/10/2018 | DEBIT CARD PURCHASE CESAR EMPANADAS RUTHERFORD NJ | ATM - Debit Card Activity | | $7.50 | $8.89 |
| 12/07/2018 | DEBIT CARD PURCHASE DNH*GODADDY.COM 480-5058855 AZ | ATM - Debit Card Activity | | $4.93 | $16.39 |
| 12/07/2018 | CASH ADVANCE ATM4508 803 FLATBUSH A BROOKLYN NY | ATM - Debit Card Activity | | $11.75 | $21.32 |
| 12/07/2018 | ADJUST FEE CHARGED ATM FEE REBATE | Fees Credited | $1.75 | | $33.07 |
| 12/07/2018 | TRANSFERRED FROM OVERDRAFT TRANSFER VS. X78-609143-1 | Transfers Btw Fidelity Accts | $12.07 | | $31.32 |



Download  View All History

Withdrawals from an IRA prior to reaching age 59½ are generally subject to a 10% early withdrawal penalty.

1. Interest on your core position accrues daily, is compounded monthly, and will be posted to your account the last business day of each month.

2. Your Rebates and Rewards include Fidelity Rewards Card redemptions and Visa® Gold Check Card ATM fee reimbursements credited to your account. The Year to Date amounts reflect amounts credited to your account in the current calendar year. The Last 12 Months amounts reflect amounts credited to your account in the prior 12 month period. See FAQs about the Fidelity Rewards Cards for information on earning and redeeming points, and the Account Agreement for additional information on ATM fee reimbursements.

🐷 Fidelity
INVESTMENTS

© 1998 – 2018 FMR LLC.
All rights reserved.

Terms of Use | Privacy | Security | Site Map

| CUSTOMER SERVICE | PROFILE | OPEN AN ACCOUNT | REFER A FRIEND | LOG OUT | Search or get a quote |

Why Fidelity | Investment Products | News & Research | Planning & Advice | Accounts & Trade

Help/Glossary | A A A

Accounts & Trade >

# Communication Center

Messages | Alerts History

**Questions?**
# 800-544-6666

**Other Ways to Contact Fidelity**
Chat with us℠
Send U.S. Mail
Find an Investor Center

## Alerts History

The Communication Center stores alerts received within the last 60 days. Manage your alerts

Filter by: [All Alert Categories ▾]  [🔍 Search Alerts]

| Subject | Category | Sent To | Date ▲ |
|---|---|---|---|
| Fidelity Alerts: Deposit Received | Cash Management | kathrineplerre@hempfences.us | 12/06/2018 12:41 AM |
| Fidelity Alerts: Deposit Received | Cash Management | kathrineplerre@hempfences.us | 12/05/2018 12:44 AM |
| Fidelity Alerts: Check paid | Cash Management | kathrineplerre@hempfences.us | 12/05/2018 12:43 AM |
| Fidelity Alerts: Returned check notification | Cash Management | kathrineplerre@hempfences.us | 12/04/2018 12:42 AM |
| Fidelity Alerts: Deposit Received | Cash Management | kathrineplerre@gmail.com | 12/01/2018 1:35 AM |

**Related Links**
Manage Your Alerts
Statements & Records

**NetBenefits Messages**
For messages pertaining to your employer-sponsored benefits, please visit the Secure Message Center at NetBenefits

Prev | 1 2 1

* Virtual Assistant is Fidelity's automated natural language search engine to help you find information on the Fidelity.com site. As with any search engine, we ask that you not input personal or account information. Information that you input is not stored or reviewed for any purpose other than to provide search results and to help provide analytics to improve the search results. For account servicing requests, you may send our customer service team a secure, encrypted message once you have logged in to our website. Responses provided by the virtual assistant are to help you navigate Fidelity.com and, as with any Internet search engine, you should review the results carefully. Fidelity does not guarantee accuracy of results or suitability of information provided.

534606.4.0

Fidelity

© 1998 – 2015 FMR LLC.
All rights reserved.
Terms of Use Privacy Security Site Map

For official use only: Customer Name _____   Case No. _____

FS Form 2243 (Revised November 2018)   OMB No. 1530-0021

# Supplemental Statement
# for United States Securities



**BUREAU OF THE**
**Fiscal Service**

**IMPORTANT:** Follow instructions in filling out this form. Making any false, fictitious, or fraudulent claim or statement to the United States is a crime and may be prosecuted. Print in ink or type all information.

**NOTE:** For Series EE and Series I savings bonds, we no longer issue substitute bonds in paper form. We issue those substitute bonds in electronic form, in our online system TreasuryDirect. For information on opening an account in TreasuryDirect, go to www.treasurydirect.gov.

1. ☑ The claim reporting the loss, theft, destruction, or nonreceipt of United States Securities applies to the securities described in Item 5.

2. ☑ The claim reporting the loss, theft, destruction, or nonreceipt of United States Securities applies to the securities described in Item 5 rather than the securities described in the original application.

3. ☑ I certify:

    ☑ I had possession, custody, or control of the securities described in Item 5.

    ☑ I have firsthand knowledge of the circumstances under which the securities described in Item 5 were lost, stolen, or destroyed.

    ☑ I had access to the ▬▬▬▬▬▬▬_____ described in Item 5.
                            (security or bearer security)

4. ☐ I have been informed that _____ Katheline M Pierre III _____ submitted a claim

reporting the ___nonreceipt_____ of the United States Securities describe in Item 5. My knowledge of
           (loss, theft, destruction or nonreceipt)

the security(ies) is: My accounts have been closed upon acceptance or issue of US Treas Securities and/or tax refunds backed by US Savings Bond. I didn't receive my direct deposit with Fidelity for 2018 and my account was closed after reaching a settlement for 10 to 10,000 shares of face value US Securities December 28, 2018. Lastly, an IB at Ridgewood Savings Bank closed my account upon the IRS accepting my tax transmission on 02/02/2019. These were at the only firms and  accounts that could contain my firm/corporations liquid assets.

## 5. Description of Securities

| TITLE OF SECURITY (Identify securities by series, interest rate, type, CUSIP, call and maturity dates, as appropriate) | ISSUE DATE | FACE AMOUNT (Denomination) | SERIAL NUMBER | REGISTRATION (Exactly as shown on the face of each security) |
|---|---|---|---|---|
| 912796PK9  01/03/2019 | 12/28/2018 | 99999.8 | 18362-FVSBS | KATHELINE METUS PIERRE III |
| Series I or HH Bond | 02/01/2018 | 154,247 | 701090053 | KATHELINE METUS PIERRE III |
| Series I or HH Bond | 04/15/2017 | $300,431 | EFE5AHG53U121SIY | KATHELINE METUS PIERRE III |
| Series I or HH Bond | 02/04/2017 | $3,050 | EFE4REJ871V902T5 | KATHELINE METUS PIERRE III |
| | | | | |
| | | | | |

(If you need more space, attach either an FS Form 3500 [see www.treasurydirect.gov] or a plain sheet of paper.)

FS Form 2243   Department of the Treasury | Bureau of the Fiscal Service   1

# All Accounts

**Fidelity**

*Date of Settlement* ↘

**Balances**

AS OF 12/28/2018 2:05 PM ET

### INDIVIDUAL
X78609143

$40.23

+$0.15

### CORPORATION
Z40030665

$0.00

—

### UNINCORPORATED ASSN
Z40041082

$0.00

—

### SEP-IRA
224808040

$0.00

—

### USTA RETIREMENT PLAN
08246

$0.00

—

### INDIVIDUAL
X84789951

$9,998 ...

—

**Total Account Value**                                      **$10,038.24**

**Change**                                                        **+$0.15**

Additional Important Information:

## Accounts

Note: To include Additional Important Information when printing, be sure to expand at least one topic prior to printing.

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit Fidelity.com/performance for most recent month-end performance.**

Content and data provided by various third parties and Fidelity. Terms of Use

Important information about investment advice for retirement accounts.

643206.1.0

© 1998 – 2018 FMR L[
All rights reserv

NetBenefits ®

Terms of Use |Privacy |Security |Site Map | Accessib[



**Account Profile Confirmation**

BGLJBCBBBBHWN

December 12, 2018

Page 1 of 6

KATHELINE METUS PIERRE III
PO BOX 7942
NEW YORK, NY 10116

| | |
|---|---|
| Online | Fidelity.com |
| FAST® Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

- **No action is required if this information is complete and correct.**
- **Make updates online, see cover page for details**
- **If using form, return all pages with signature(s) to:** Fidelity Investments, PO Box 770001, Cincinnati, OH 45277-0002

Unincorporated Assn  Account # XXX-XX1082

**Customer Information   each account owner may have their own information on file with us**

**Name**

Katheline Metus Pierre Iii

First Name                                    M.I.  Last Name

If your name has changed, you must provide a copy of legal documentation (i.e., marriage certificate, divorce decree)

**Mailing Address**

Po Box 7942
New York, NY 10116

Address Line 1

Address Line 2

City          State/Province          Zip/Postal Code     Country

**Legal/Residential Address**

421 8th Ave Unit 7942
New York, NY 10116-8900

No PO Boxes or C/O addresses          ☐ Check if same as Mailing Address

Address Line 1

Address Line 2

City          State/Province          Zip/Postal Code     Country

**Contact Information**

**Evening Phone**    **Daytime Phone**
816-775-2500       347-762-5736

**E-mail Address**
KATHELINEPIERRE@GMAIL.COM

Evening Phone          Daytime Phone

E-mail Address

**Occupation & Association**

**Occupation**
Not Given

**Association**
None

Required by industry regulations
  Occupation

If you are employed by a broker-dealer, a member of a stock exchange or the Financial Industry Regulatory Authority (FINRA) **and need to update your association status or have not already disclosed your accounts to your employer,** please contact your compliance office for further instructions. It is your responsibility to obtain approval from your employer to maintain an account with Fidelity.

LGNPR

Please sign the last page of this form          025460001

1 of 1

# Fixed Income Bond Details

**CUSIP:**  912796PK9

**Description:**  UNITED STATES TREAS BILLS ZERO CPN    0.00000% 01/03/2019

**Report Generated:** 12/28/2018 09:51:13 AM



Questions? Call a Fixed Income Specialist at 800-544-5372

707426.6.0

 **Bond Details Report**

CUSIP: 912796PK9   | Generated: 12/28/2018 09:51:13 AM

## DETAILS

| | |
|---|---|
| CUSIP | 912796PK9 |
| Pay Frequency | – |
| Coupon | 0.000 |
| Maturity Date | 01/03/2019 |
| Moody's Rating | – |
| S&P Rating | – |
| Bond Type | Treasury |
| Interest Accrual Date | 01/04/2018 |

## COUPON INFORMATION

| | |
|---|---|
| Coupon Type | ZERO |
| Current Rate Effective Date | 12/28/2017 |
| Day Count Basis | ACT/360 |
| Reset Frequency | TERM MODE |
| Benchmark Reference | – |
| Benchmark Formula | – |
| Next Reset Date | – |
| Next Reset Rate | – |
| Minimum Rate | – |
| Maximum Rate | – |

## REDEMPTIVE FEATURES

| | |
|---|---|
| Call Protection | YES |
| Continuously Callable | – |
| Call Defeased | – |
| Called Bonds | NO |

## ORIGINAL ISSUANCE

| | |
|---|---|
| Delivery | BOOK ENTRY |
| First Settlement Date | 01/04/2018 |
| Minimum Investment Qty | 500 |
| Incremental Investment Qty | 1 |

## ISSUER INFORMATION

| | |
|---|---|
| Issue Date | 01/04/2018 |
| Dated Date | 01/04/2018 |
| First Coupon Date | 01/01/0001 |
| Next Coupon | – |
| Last Coupon | – |
| Workout Date | 01/03/2019 |
| Original Issue Amount | 20,000,117,700 |
| Issue Price | – |

Fidelity Brokerage Services LLC, Member NYSE, SIPC | Phone : 1-800-544-5372





**Bond Details Report**

CUSIP: 912796PK9   | Generated: 12/28/2018 09:51:13 AM   3

| BASIC ANALYTICS | | COMPLEX ANALYTICS | |
|---|---|---|---|
| Price (Bid) | 99.981 | Duration to Worst | 0.008 |
| Price (Ask) | 99.982 | Option Adjusted Duration | 0.000 |
| Yield to Worst (Ask) | 2.15% | Option Adjusted Spread | 0.000 |
| Ask Yield to Maturity | 2.15% | Convexity to Worst | 353.402 |
| Current Yield | N/A | Option Adjusted Convexity | N/A |
| Third Party Price | 99.983 | | |
| Spread to Treasuries | 0.493 | | |
| Treasury Benchmark | 1 YR (1.125% 01/15/2019) | | |



 Bond Details

## Important Information

The data included in this report is supplied by various third-party companies that are not affiliated with Fidelity or its affiliates. ( -- ) is used to indicate Not Available or Not Applicable. Additional information may be available from other sources. Fidelity does not explicitly or implicitly endorse or approve such third-party data. The data included in this report is only current as of the date published and may become unreliable because of subsequent market conditions or other reasons.

Recent trade information contains actual trade data as reported to the Financial Industry Regulatory Authority (FINRA)'s Trade Reporting and Compliance Engine (TRACE) for Corporate and Agency/GSE Bonds, and from the Municipal Securities Rulemaking Board (MSRB) for Municipal bonds. Recent trade information provides insight into recent historical transaction levels and is not necessarily reflective of current market value or the price at which a security may be bought or sold. Fidelity reports TRACE and MSRB information on a real-time basis on Fidelity.com.

Material and/or Issuer Events consist of information reported to Fidelity by various unaffiliated third party sources. Corporate Bond Event information is provided to Fidelity by Thomson Reuters. Municipal Bond Event information is provided to Fidelity by Interactive Data Corporation. Event Date and Time Reported may represent the date and time the material events information was reported or received by the third party source and may not reflect the actual date and/or time of the Material and/or Issuer Event. Fidelity makes these reported events available for informational purposes only and such reported events should not be construed as investment advice, recommendation or a call to action. Fidelity has not made any independent evaluation of the accuracy or completeness of this information. You must make your own evaluation of the information and how it may influence your investment decision.

Individual bonds are subject to price change and availability. Due to the illiquid nature of the market, it is possible that bonds displayed on Fidelity.com may no longer be available. Similarly, due to the manual nature of providing quotations, errors can occur, and bonds may be displayed at a price that is clearly away from the current prevailing market price. Fidelity reserves the right to cancel transactions in cases where the displayed offering is no longer available or the price displayed is clearly away from the current prevailing market price. Prices and yields quoted on Fidelity.com do not include the Fidelity Brokerage Services (FBS) concession. If you proceed with an order, the Trade Verification screen will show the FBS concession and accrued interest for your order. Bonds are made available through our affiliate National Financial Services (NFS), with FBS normally acting as riskless principal or agent. The offering broker, which may be our affiliate NFS, may separately mark up or mark down the price of the security and may realize a trading profit or loss on the transaction. During normal market hours, the prices and quantities available are subject to change and are updated by the offering broker dealers throughout the day. Due to the possibility of system outages, untimely information provided by vendors, or various other reasons, Fidelity cannot guarantee the timeliness or accuracy of prices displayed. System availability and response time are subject to market conditions.

In general, the bond market is volatile, and fixed income securities carry interest rate risk. (As interest rates rise, bond prices usually fall, and vice versa. This effect is usually more pronounced for longer-term securities.) Fixed income securities also carry inflation risk, liquidity risk, call risk, and credit and default risks for both issuers and counterparties. Lower-quality fixed income securities involve greater risk of default or price changes due to potential changes in the credit quality of the issuer. Any fixed income security sold or redeemed prior to maturity may be subject to loss.





## Bond Details

## Important Information

If there is any information contained in this report that you do not understand, please contact a Fixed Income Specialist at 800-544-5372. A glossary of terms is also available on Fidelity.com.

Read the security's prospectus, or official statement in the case of municipal securities, for more complete information regarding the details listed in this report. Prospectuses for corporate securities may be available on the SEC's EDGAR database at SEC.gov. For municipal securities, official statements and other information, may be available at the MSRB's Electronic Municipal Market Access (EMMA) system at emma.msrb.org. Fidelity has not been involved in the preparation of the content supplied at SEC.gov or emma.msrb.org and does not guarantee or assume any responsibility for its content.

Interest income earned from tax-exempt municipal securities generally is exempt from federal income tax, and may also be exempt from state and local income taxes if you are a resident in the state of issuance. A portion of the income you receive may be subject to federal and state income taxes, including the federal alternative minimum tax. In addition, you may be subject to tax on amounts recognized in connection with the sale of municipal bonds, including capital gains and "market discount" taxed at ordinary income rates. "Market discount" arises when a bond is purchased on the secondary market for a price that is less than its stated redemption price by more than a statutory amount. Before making any investment, you should review the official statement for the relevant offering for additional tax and other considerations.

The municipal market can be adversely affected by tax, legislative, or political changes and the financial condition of the issuers of municipal securities. Investing in municipal bonds for the purpose of generating tax-exempt income may not be appropriate for investors in all tax brackets or for all account types. Tax laws are subject to change and the preferential tax treatment of municipal bond interest income may be revoked or phased out for investors at certain income levels. You should consult your tax adviser regarding your specific situation.



Fidelity Brokerage Services LLC, Member NYSE, SIPC | Phone : 1-800-544-5372

 ➢ Bond Details

**Important Information**

**Attributes Key:**



**Stock Exchange Daily Official List**

An identification code, consisting of seven alphanumeric characters, that is assigned to all securities trading on the London Stock Exchange and on other smaller exchanges in the U.K.

**International Securities Identification Number**

It is a 12-character alpha-numerical code that uniquely identifies a specific security. The first two characters identify the country; the third through eleventh character is the National Securities Identification Number; and the 12 character is a check digit



≫ Bond Details



## Important Information

**Moody's Rating:** A bond rating system provided by Moody's to specify its assessment of the quality of bonds (e.g., Aaa for best quality bonds, Baa for a lower quality than Aaa, etc.). A rating of Baa3 is the lowest Moody's credit rating that is still classified as investment grade. Non-rated positions will display as "--".

Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. Moody's® is a registered trademark of Moody's Investors Service, Inc.

RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT.

**S&P Rating:** A bond rating system provided by Standard & Poor's (S&P) to specify its assessment of the quality of bonds (e.g., AAA is best quality, A- is a lower quality than AAA, etc.). A rating of BBB- is the lowest S&P credit rating that is still classified as investment grade. Non-rated positions will display as "--". S&P is a registered service mark of The McGraw-Hill Companies, Inc.

Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.



**Account Profile Confirmation**

BGLJBCBBBBHWN

December 12, 2018
Page 1 of 6

KATHELINE METUS PIERRE III
PO BOX 7942
NEW YORK, NY 10116

*← Update
Account
w/ 8ace
owner*

| | |
|---|---|
| Online | Fidelity.com |
| FAST® Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

- **No action is required if this information is complete and correct.**
- **Make updates online, see cover page for details**
- **If using form, return <u>all pages</u> with signature(s) to:** Fidelity Investments, PO Box 770001, Cincinnati, OH 45277-0002

Corporation Account # XXX-XX0665

<u>Customer Information</u>   each account owner may have their own information on file with us

| Name | First Name | M.I. | Last Name |
|---|---|---|---|
| Katheline Metus Pierre Iii | | | |

If your name has changed, you must provide a copy of legal documentation (i.e., marriage certificate, divorce decree)

| Mailing Address | Address Line 1 |
|---|---|
| Po Box 7942 New York, NY 10116 | Address Line 2 |

| | City | State/Province | Zip/Postal Code | Country |
|---|---|---|---|---|

| Legal/Residential Address | No PO Boxes or C/O addresses | ☐ Check if same as Mailing Address |
|---|---|---|
| 421 8th Ave Unit 7942 New York, NY 10116-8900 | Address Line 1 | |
| | Address Line 2 | |

| | City | State/Province | Zip/Postal Code | Country |
|---|---|---|---|---|

| Contact Information | Evening Phone | Daytime Phone |
|---|---|---|
| <u>Evening Phone</u> 816-775-2500 | <u>Daytime Phone</u> 347-762-5736 | |
| <u>E-mail Address</u> KATHELINEPIERRE@GMAIL.COM | E-mail Address | |

| Occupation & Association | Required by industry regulations |
|---|---|
| <u>Occupation</u> Not Given | Occupation |

| <u>Association</u> None | If you are employed by a broker-dealer, a member of a stock exchange or the Financial Industry Regulatory Authority (FINRA)*and need to update your association status or have not already disclosed your accounts to your employer,* please contact your compliance office for further instructions. It is your responsibility to obtain approval from your employer to maintain an account with Fidelity. |
|---|---|



**Please sign the last page of this form**

025460001



*1 of 6.*



**Account Profile Confirmation**

Corporation Account # XXX-XX0665

December 12, 2018
Page 2 of 6

**Employer Information**

**Employer Name**
Alphabet Inc

**Employment Status**
Self Employed

**Employer Address**
Po Box 7942
New York
NY 10116

**Employer Name**

**Employment Status:**

☐ Employed          ☐ Self-Employed
☐ Not Employed   ☐ Employed by Fidelity
☐ Retired              Investments

**Employer Address Line 1**

**Employer Address Line 2**

| City | State/Province | Zip/Postal Code | Country |
|------|----------------|-----------------|---------|

**Electronic Document Delivery**

Quarterly/Monthly Statements
Trade Confirmation and Related
Prospectuses
Tax Forms and Related Disclosures
Prospectuses, Financial Reports, and Other
Documents

Check the documents you want delivered electronically. We must have your e-mail
address above.

☐     Quarterly/Monthly Statements
☐     Trade Confirmation and Related Prospectuses
☐     Tax Forms and Related Disclosures
☐     Prospectuses, Financial Reports, and Other Documents

You can also sign up at:
**Fidelity.com/edelivery**

**Please sign the last page of this form**          025460001



**Account Profile Confirmation**

December 12, 2018
Page 3 of 6

Corporation Account # XXX-XX0665

## Customer Information   each account owner may have their own information on file with us

| Name | First Name | M.I. | Last Name |
| --- | --- | --- | --- |
| *Motion Pictures Infor Enter Co* | | | |

If the minor name has changed, you must provide a copy of legal documentation (i.e.,  marriage certificate, divorce decree)

**Mailing Address**
*Not Available*

Address Line 1

Address Line 2

| City | State/Province | Zip/Postal Code | Country |
| --- | --- | --- | --- |

**Legal/Residential Address**

*35 Linden Blvd
Brooklyn, NY 11226-3136*

No PO Boxes or C/O addresses          ☐  Check if same as Mailing Address
Address Line 1

Address Line 2

| City | State/Province | Zip/Postal Code | Country |
| --- | --- | --- | --- |

**Contact Information**

| Evening Phone | Daytime Phone | Evening Phone | Daytime Phone |
| --- | --- | --- | --- |
| *Not Available* | *Not Available* | | |

**E-mail Address**
*FOUNDER@THEMPIENCES.US*

E-mail Address

**Employer Information**

**Employer Name**
*Not Available*

Employer Name

**Employment Status:**
☐ Employed        ☐ Self-Employed
☐ Not Employed   ☐ Employed by Fidelity
☐ Retired             Investments

**Employment Status**
*Not Available*

**Employer Address**
*Not Available*

Employer Address Line 1

Employer Address Line 2

| City | State/Province | Zip/Postal Code | Country |
| --- | --- | --- | --- |

**Please sign the last page of this form**          025460001



# Account Profile Confirmation

December 12, 2018
Page 4 of 6

Corporation Account # XXX-XX0665

## Account Information   the following information is collected at an account level

| Account Mailing Address | Address Line 1 | | | |
|---|---|---|---|---|
| Po Box 7942<br>New York, NY 10116-7942 | Address Line 2 | | | |
| | City | State/Province | Zip/Postal Code | Country |
| Account Legal/Residential Address<br>*Not Available* | No PO Boxes or C/O addresses<br>Address Line 1 | | ☐ Check if same as Mailing Address | |
| | Address Line 2 | | | |
| | City | State/Province | Zip/Postal Code | Country |

Changes to the following information may change the Margin and Options eligibility for this account.  Changes will not apply to a Portfolio Advisory Services account.  For questions contact your Portfolio Specialist or Team at 800-544-3455.

### Objectives & Knowledge

**Investment Objective**
*Conservative*

Select only one

- ☐ **Short Term** - You seek to preserve my capital and can accept the lowest returns in exchange for price stability.
- ☐ **Conservative** - You seek to minimize fluctuations in market values by taking an income-oriented approach with some potential for capital appreciation.
- ☐ **Balanced** - You seek the potential for capital appreciation and some income and can withstand moderate fluctuations in market values.
- ☐ **Growth** - You have a preference for growth and can withstand significant fluctuations in market values.
- ☐ **Aggressive Growth** - You seek aggressive growth and can tolerate wide fluctuations in market values, especially over the short term.
- ☐ **Most Aggressive Growth** - You seek very aggressive growth and can tolerate very wide fluctuations in market values, especially over the short term.

**Investment Profile**

Check one in each column. You can answer as an individual or a household.

| Investment Experience | Investment Purpose | Investment Time Horizon |
|---|---|---|
| *Limited* | *Preserve wealth and pass it on to my heirs* | *Near-term: 0-1 year* |
| ☐ Limited | ☐ Save for education | ☐ Near-term: 0-1 year |
| ☐ Good | ☐ Save for retirement | ☐ Very Short: 1-2 years |
| ☐ Extensive | ☐ Save for short-term goal(s) such as car, home | ☐ Short: 2-5 years |
| | ☐ Generate income to cover expenses | ☐ Intermediate: 6-10 years |
| | ☐ Accumulate wealth over the long term | ☐ Long: 10+ years |
| | ☐ Preserve wealth and pass it on to my heirs | |
| | ☐ Market speculation | |
| | ☐ Other | |

**Please sign the last page of this form**

570443.9.0          5003





**Account Profile Confirmation**

Corporation Account # XXX-XX0665

December 12, 2018
Page 5 of 6

**Financial Profile**

| Annual Earnings<br>From all sources<br><br>$50,001 - $100,000 | Approximate Net<br>Worth<br>Excluding your home<br>$100,001 - $500,000 | Liquid Assets<br>Cash & assets easily<br>converted to cash<br>$100,001 - $500,000 | Federal Tax Bracket .<br><br><br>*Refused* |
|---|---|---|---|
| ☐ Under $25,000 | ☐ Under $50,000 | ☐ Under $50,000 | ☐ ≤ 15% |
| ☐ $25,001-$50,000 | ☐ $50,001-$100,000 | ☐ $50,001-$100,000 | ☐ 25% |
| ☐ $50,001-$100,000 | ☐ $100,001-$500,000 | ☐ $100,001-$500,000 | ☐ ≥ 28% |
| ☐ Over $100,000 | ☐ Over $500,000 | ☐ Over $500,000 | |

**Other Investments & Liquidity Needs**

| Investments with Other<br>Institutions<br><br>$2,850,000<br>Stocks 52% Bonds 30%<br>Short-term 10% Other 8% | Liquidity Needs for Essential<br>Expenses<br><br>% of monthly income used for<br>expenses:<br>51-75% | Liquidity Needs for Near Term<br>Expenses<br><br>Likelihood your household<br>will need more than 25%<br>of the money saved for this<br>investment within 5 years:<br>*Not likely* |
|---|---|---|
| Amount:   $_____ | ☐ < 25% | ☐ Not likely |
| Approximate Holdings: | ☐ 25-50% | ☐ Somewhat likely |
| Stocks: ____% Short-term: ____ % | ☐ 51-75% | ☐ Very likely |
| Bonds: ____% Other:     ____ % | ☐ 76-100% | |
| | ☐ Over 100% | |

Updates to the information on this form can be made online. See cover page for details.  If using the form, all owners must sign and all pages must be returned.

**Required Signatures**   all account owners must sign below

Signature -  *Katheline Metus Pierre Iii*                                    Date

Signature -  *Motion Pictures Infor Enter Co*                                Date



This page is intentionally left blank.





**New Account Profile**

December 10, 2018
Page 1 of 2

BGLGJPBBBFHLS

| | |
|---|---|
| Online | Fidelity.com |
| FAST® Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

MOTION PICTURES INFOR ENTER CO
KATHELINE PIERRE
PO BOX 7942
NEW YORK NY 10116-7942

## Account Ownership

**Name**
Motion Pictures Infor Enter CO

**Name**
Katheline Metus Pierre

**Mailing Address**
Po Box 7942
New York, NY 10116

**Permanent Mailing Address**
421 8TH Ave
New York, NY 10116-8900

**Tax ID Number**
On File

**Social Security Nbr**     **Date of Birth**
On File                     On File

**Evening Phone**           **Day Phone**
*                           347-762-5736

**Occupation**
Principal

**Country of Tax Residence**
UNITED STATES

**Country of Tax Residence**
UNITED STATES

**Affiliation**
None

## Account Setup

## Account Information

| Account Setup | Account Information |
|---|---|
| Account Number | Z40-030665 |
| Type of Ownership | Corporation |
| Dividends and Capital Gains | Direct all security distributions and interest payments to the Cash Settlement Option indicated below |
| Cash Settlement Option | Fidelity Government  Money Market |
| Margin | If applied and approved, effective within 5 business days. |
| Options | If applied and approved, effective within 5 business days. |
| Checkwriting | If elected, you will normally receive your checkbook within 2 weeks. |
| Transfers Between Your Bank and Fidelity | If you applied for Bank Wire or Electronic Funds Transfer, then the feature will be effective within 10 business days. |
| Annual Income | Not asked |
| Net Worth | Not asked |
| Liquid Net Worth | Not asked |
| Tax Bracket | Not asked |
| ** Investment Objective | Undecided |
| Account Mailing Address | PO BOX 7942 NEW YORK, NY 10116-7942 |

** Investment objective definitions are provided on the last page of this letter.



**New Account Profile**

December 10, 2018

Page 2 of 2

Please review your account and customer information.  If any changes are needed or any information is missing (indicated as "**"), call us at the Customer Service number above or visit us at Fidelity.com.  Please note: to protect your privacy, certain information on your New Account Profile is shown as "On File".

As a general matter, Fidelity does not assign representatives to customer accounts.  All properly completed account applications have been approved/accepted by a registered principal.

Please note that in certain circumstances, such as when Fidelity determines you reside outside the United States, the Cash Settlement Option noted above will not receive securities distributions and interest payments.  Please refer to the Customer Agreement for further details.

## INVESTMENT OBJECTIVE DEFINITIONS

**Short Term:** You seek to preserve your capital and can accept the lowest returns in exchange for price stability.

**Conservative:** You seek to minimize fluctuations in market values by taking an income-oriented approach with some potential for capital appreciation (minimum required for writing covered call options).

**Balanced:** You seek the potential for capital appreciation and some growth and can withstand moderate fluctuations in market value.

**Growth:** You have a preference for growth and can withstand significant fluctuations in market value.

**Aggressive Growth:** You seek aggressive growth and can tolerate wide fluctuations in market values, especially over the short term.

**Most Aggressive:** You seek very aggressive growth and can tolerate very wide fluctuations in market values, especially over the short term (required for options strategies other than writing covered call options).

CUSTOMER SERVICE   PROFILE   OPEN AN ACCOUNT   REFER A FRIEND   LOG OUT   | Search or get a quote |

| Accounts & Trade | Planning & Advice | News & Research | Investment Products | Why Fidelity |

Accounts & Trade

## Portfolio

Summary    Portfolio Positions    Portfolio Research    Analysis    Statements

Statements | Trade Confirmations | Tax Forms | Prospectus | Account Records | Proxy Materials | Interested Party

### Account Settings

E-mail: KATHELINEPIERRE@GMAIL.COM | Edit
Delivery Preferences: U.S.Mail | Edit

Sign up for eDelivery to turn off paper Interested Party documents - you'll receive an e-mail as soon as your statement is available online.
Update Delivery Preferences

You can view documents of accounts for which you are designated as an interested party.

For this Account   | MOTION PIC - Z40030665 ▾ |

View   ○ Statements   ◉ Trade Confirmations

View

**Current Interested Party Trade Confirmations**

| Date | Account | | View Confirmation | Viewed | My Notes |
|------|---------|--|-------------------|--------|----------|

IP documents Not Found

We're sorry - we are unable to locate any IP documents for your Customer ID/SSN

**Previous Interested Party Trade Confirmations**

 Go

| Date | Account | | View Confirmation | Viewed | My Notes |
|------|---------|--|-------------------|--------|----------|

IP documents Not Found

We're sorry - we are unable to locate any IP documents for your Customer ID/SSN

542990-16

© 1998 –2013 FMR LLC.
All rights reserved.
Terms of Use   Privacy   Security   Site Map

**Fidelity**
INVESTMENTS

 An official website of the United States Government

 Consumer Financial
Protection Bureau   (https://www.consumerfinance.gov/)    🔲 Submit a Complaint

❮ All complaints (.)

# 180220-2874879
CLOSED

 **Submitted**   We received your complaint. Thank you.

**STATUS**
Submitted to the
CFPB on 2/21/2018

**PRODUCT**
Checking or savings
account

**ISSUE**
Managing an
account

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

On September 07, 2017 I had made a credit card payment with a cash deposit at Chase Bank for my Amazon Rewards Card. On September 09, 2017, I lost access to my card account with Chase. I called and they responded with my credit card account being closed because of credit reporting issues. In late January, I called Chase after losing access to my online banking that had always been accessible since I opened my first account with Chase Bank, before graduation in 2011. I spoke with a representative outside of town and they were able to access and fix my account until a lock was present at the very end.

View full complaint ⊕

**ATTACHMENTS**
/201804242.initial.0212
(16.2 KB)
/201804242.ack.02202(
(15.9 KB)

 **Sent to company**

**STATUS**
Sent to company on
2/21/2018

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

 **Company still working**

**STATUS**
Company response is in progress as of 3/6/2018

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

When we were notified of this case, we sent you a letter letting you know we received it. We called 1-347-762-5736 on February 26, 2018, to discuss the situation but were not able to speak with you. Although we began researching your concerns right away, we need more time to complete it. Please expect a letter from us when we have an answer. Thank you for your patience.

**Company responded**

**STATUS**
Company responded on 3/13/2018

**RESPONSE TYPE**
Closed with explanation

## Company's Response

We sent you the enclosed letter on September 7, 2017, advising that your credit card account would be closed because the following information was in your credit bureau reporting file: • Not enough credit information on file. • Balances on accounts are too high compared to credit limits. • Recently returned payments on one or more of your accounts with Chase. The reporting agency did not make the decision and is unable to provide the specific reasons for our decision. This action is in accordance with the enclosed Cardmember Agreement. We have confirmed that we are reporting the account accurately. Information we send to the credit reporting agencies must accurately reflect your account activity and status. We are not able to make adjustments to the reporting of your account as a courtesy. Here's information about the closure of your account ending in 0072 We can confirm the deposit account ending in 0072 is not being reported to Early Warning Services (EWS) or ChexSystems. We can also confirm there is no balance owed for this account. The agreement between us was that "Either you or we may close your account (other than a CD) at any time for any reason or no reason." You can find this on page 15 of the enclosed Deposit Account Agreement; we gave you a copy when we opened your account. The enclosed letter about the account closure was mailed to you on June 19, 2013. Our decision to close your account will not change. We respectfully decline your request for compensation. Our records show the last time you accessed your chase.com account profile was on January 19, 2018, and there is no block or restriction with your online profile.

**ATTACHMENTS**
Pierre 2724 Final Letter 03.13.18.pdf (1.1 MB)

 **Feedback provided**

**STATUS**
Feedback provided on 4/30/2018

## Your feedback

**THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES**
No

**ADDITIONAL COMMENTS**
I received your packet. However, my account was closed for no reason as an act of discrimination. I was making payments and barred from completing those payments. This closure prevented me from opening a corporate account, something being actively reported on my credit report. I was also a victim of identity theft by consequence of corporate insiders, system vulnerability and abuse. Is there another way we can negotiate.

**I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT**
Yes

**THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT**
No

## What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).
- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your feedback with the company.
- We have also shared your complaint with the Federal Trade Commission, which will add your complaint to its database for state and federal law enforcement agencies.

We appreciate your participation in the complaint process and your feedback on the company's response. Both are important to us and consumers who may have similar issues and concerns.

 **Closed**          The CFPB has closed your complaint.

**Privacy Act Statement**

OMB #3170-0011

Have a question? ¿Preguntas?

(855) 411-2372

An official website of the United States Government

27

# Bank of America

- <u>Sign In</u> <u>Sign In</u>
- <u>Home</u> <u>Home</u>
- <u>Locations</u> <u>Locations</u>
- <u>Contact Us</u> <u>Contact Us</u>
- <u>Help</u> <u>Help</u>

# We're here to help

**To our valued clients:**



If you have been affected by the government shutdown, we want you to know that we're here to help you in any way we can. Our Client Assistance Program is available to you for personalized financial assistance, tailored to your specific situation and needs. Please call us at **844.219.0690** to discuss your options.

We are here for you and your family. Please call us or contact your relationship manager, financial advisor, business banker or lending specialist, or stop by any of our financial centers for further assistance.

Sincerely,

Aron Levine
Head of Consumer Banking

- <u>Privacy & Security. Link opens in a new window</u> | <u>Advertising Practices</u>
- Bank of America, N.A. Member FDIC. <u>Equal Housing Lender. Link opens a new pop-up window.</u> ⌂
- © 2018 Bank of America Corporation. All rights reserved.

ARW5VCFS



Print

**Fidelity**.com

Help/Glossary

NEW—Watch a brief video to learn more about evaluating a company's earnings using our new earnings page on Fidelity.com. Watch now.

# Earnings: **GNPR**

**GENIUS PRODUCTS INC NEW**

**0.001 ↑ 0.000999 (99900.00 %)** AS OF 4:20:25PM ET 12/07/2017

Trade    Add to Watch List    Set Alert    Hypothetical Trade    Price History ▼

Earnings Overview    Earnings Detail

## Recent Recap

| Most Recent Report | I/B/E/S Estimates vs Adjusted Actual | | Company Reported | | Next Expected Report Date |
|---|---|---|---|---|---|
| N/A | Consensus Estimates EPS | N/A | GAAP EPS | N/A | — |
| | Adjusted Actual EPS | N/A | Reported EPS | N/A | |
| | EPS Difference | N/A | Read | N/A | |
| | | | Listen | N/A | |

## Earnings History & Estimates by Fiscal Quarter

I/B/E/S Estimates vs Adjusted Actual  |  Company Reported

Chart Unavailable

### I/B/E/S Estimates vs Adjusted Actual (Fiscal Year)

| | I/B/E/S Estimates vs Adjusted Actual | | |
|---|---|---|---|
| | Consensus Est. EPS ($) | Adjusted Actual EPS ($) | Est. Low / High Range ($) |
| Previous Year (Ends 12/31/07) | -0.06 (4 Analysts) | -95.00 | -0.09 / -0.04 |
| Current Year (Ends 12/31/08) | — | — | — |
| Next Year (Ends 12/31/09) | — | — | — |

### MSCI® Risk Rating* 𝓸

Forensic analysis of financial reporting and governance practices to identify, measure, and monitor potential associated risks.

There is no report available.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Worst | | Neutral | | Best |

*AGR® Equity Risk Factor is a metric developed by MSCI to correlate a firm's AGR Score with the general expected return of a firm's stock price.

### EPS Market Comparison 𝓸

| | Compustat | | | | I/B/E/S | |
|---|---|---|---|---|---|---|
| | P/E Ratio | | PEG Ratio (5-Year Proj) | EPS Growth | | |
| | TTM | 5-Yr Historical Avg | | Last Qtr vs. Same Qtr Prior Yr | TTM vs. Prior TTM | Current Year vs. Previous Year |
| GNPR Genius Products Inc | — | — | — | — | — | — |

1 of 2

|  | Compustat | | | | | I/B/E/S | |
|  | P/E Ratio | | | | EPS Growth | | |
|  | TTM | 5-Yr Historical Avg | PEG Ratio (5-Year Proj) | Last Qtr vs. Same Qtr Prior Yr | TTM vs. Prior TTM | Current Year vs. Previous Year |
| Industry: Entertainment | 30.2 | 70.6 | 1.7 | +52.19 % | +46.15 % | +36.50 % |
| Sector: Communication Services | 15.2 | 38.8 | 1.0 | +66.43 % | +103.82 % | +23.12 % |
| Market: S&P 500� Index | -- | -- | -- | +26.06 % | -- | -- |

-- = Data is currently not being or is not available

Data provided by Thomson Reuters Q 2017

As with all your investments through Fidelity, you must make your own determination whether an investment is appropriate for you. Fidelity is not recommending or endorsing this security by making it available to customers. You should conduct research and perform a thorough investigation as to the characteristics of any securities you intend to purchase. Before investing, you should read the prospectus, offering circular, indenture, or similar document carefully for a full description of the product, including its features and risks, to determine whether it is an appropriate investment for your investment objectives, risk tolerance, financial situation and other individual factors, and be sure to re-evaluate those factors on a periodic basis.

Performance data shown represents past performance, which is no guarantee of future results. Current performance may be higher or lower than the performance data quoted. Yield and return will vary, therefore, you may have a gain or loss when you sell your shares.

Stock markets are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, or economic developments. Growth stocks can be more volatile than other types of stocks. Value stocks can continue to be undervalued by the market for long periods of time. Foreign securities are subject to interest-rate, currency-exchange-rate, economic, and political risks, all of which are magnified in emerging markets. Illiquidity is an inherent risk associated with investing in real estate, and REITs. There is no guarantee the issuer of a REIT will maintain the secondary market for its shares and redemptions may be at a price which is more or less than the original price paid. Closed-end funds can trade at a discount to their NAV. Shareholders of Master Limited Partnerships may be treated as partners for tax purposes. Partnerships issue a Schedule K-1 (Form 1065) rather than a Form 1099 form for tax purposes. It lists the partner's share of income, deductions, credits, etc. Speak with your tax advisor to determine how this may affect you. A royalty trust is a type of corporation, mostly in the United States or Canada, usually involved in oil and gas production or mining. Royalty trusts may have special tax treatment, so you should consult a tax advisor on the potential tax consequences of investing in them.

Any data, charts and other information provided on this page are intended for research purposes to help self-directed investors evaluate many types of securities including, but not limited to common stocks, American Depository Receipts, Master Limited Partnership, real estate investment trusts, traditional preferred stock, trust preferred securities, third-party trust certificates, convertible securities, mandatory convertible securities and other exchange-traded equity and/or debt securities. Criteria and inputs entered, including the choice to make security comparisons, are at the sole discretion of the user and are solely for the convenience of the user. Analyst opinions, ratings and reports are provided by third-parties unaffiliated with Fidelity. All information supplied or obtained from this page is for informational purposes only and should not be considered investment advice or guidance, an offer of or a solicitation of an offer to buy or sell a security, or a recommendation or endorsement by Fidelity of any security or investment strategy. Fidelity does not endorse or adopt any particular investment strategy, any analyst opinion/rating/report or any approach to evaluating individual securities. Fidelity makes no guarantees that information supplied is accurate, complete, or timely, and does not provide any warranties regarding results obtained from its use.

518627.4.0

Copyright 1998-2018 FMR LLC.
All rights reserved.
Terms of Use | Privacy | Security | Site Map



 An official website of the United States Government

 Consumer Financial
Protection Bureau

🚩 Submit a Complaint
(https://www.consumerfinance.gov/)

‹ All complaints (.)

# 180216-2865748

**CLOSED**

 Submitted    We received your complaint. Thank you.

**STATUS**

Submitted to the
CFPB on
2/16/2018

**PRODUCT**

Checking or
savings account

**ISSUE**

Managing an
account

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

I applied for a secured collateral account from Citibank in June of 2016. I had secured my account with a $500 CD valued at $56,959 approx. A $0 liability account, I began to notice fraudulent charges in occurrence on my account around December of 2016. My payments weren't processing along with my depository checks. I had filed with the FTC and local police precinct when the fraud department had found that a counterfeit card had been produced causing multiple processing issues with my account. By March of 2017, I had been issued a new card at no fault of my own. My second card was canceled by Citibank National Association's Payment Group. I had received a letter stating that my card account had a $500 cash advance limit. However, when I called the Payment Group, I was denied access to my depository funds. I filed a police report and spoke to the fraud department again, The FTC had issued a Notice to Furnishers, preventing them from placing derogatory marks on my credit report and barring my account. By December 22, 2017. I was issued correspondence from the fraud department stating that my account had been adjusted and that after reviewing my account, my account was active and available for use. After speaking to another representative I was told that my account was closed even after reciting the new letter I had received in the mail. I finally went to the bank where the banker also agreed that my account should be open. However, we learned that my collateral and card account had been closed by the back office and/or payment group and that the banker was left without access. My credit is now tarnished without any repair thus far. I am looking for recovery and coverage by the FDIC.

View full complaint ⊕

**ATTACHMENTS**
/00445482.pdf
(7.9 KB)

✓ **Sent to company**

**STATUS**
Sent to company
on 2/16/2018

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

✓ **Company responded**

**STATUS**
Company
responded on
3/1/2018

**RESPONSE TYPE**
Closed with
explanation

**Company's Response**

I submitted the letter to the customer via the CFPB portal advising that Citi will be responding to her via the pending lawsuit.

**ATTACHMENTS**
pierre,
katheline.pdf
(151.5 KB)

✓ **Feedback provided**

**STATUS**
Feedback
provided on
4/11/2018

## Your feedback

**THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES**

No

**ADDITIONAL COMMENTS**

I received your response and was hoping we could mediate in good faith with the authority to reach a settlement in this case. It is a faster and is an inexpensive way to reach an aggreement. Both parties would sign a resolution along with the mediator that would be enforceable by the court. We could have a court order issued and resolve to close this matter with immediate relief and money damages paid within a specified time frame. The tort-feasor may be liable for other specific performances as specified by the court. However, sometimes a breach can have lasting effects on one's life, liberty, and pursuit of happiness. In this case, my home and honest living. My credit has been tarnished and my mail is currently un-deliverable. Our court case may still be pending in court and immediate relief is of necessity.
Warm Regards, Katheline M Pierre

**I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT**

Yes

**ADDITIONAL COMMENTS**

Yes and no. Duly provide further explanation

**THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT**

No

## What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).
- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your feedback with the company.
- We have also shared your complaint with the Federal Trade Commission, which will add your complaint to its database for state and federal law enforcement agencies.

We appreciate your participation in the complaint process and your feedback on the company's response. Both are important to us and consumers who may have similar issues and concerns.

 **Closed**   The CFPB has closed your complaint.

---

**Privacy Act Statement**

**OMB #3170-0011**

Have a question? ¿Preguntas?

(855) 411-2372

 An official website of the United States Government



Financial Industry Regulatory Authority

✓ **Your form was submitted to FINRA successfully. Please print this form now if you wish to retain a copy for your records.**

**Filing ID:** 2445093 (Please retain this number for further inquiries regarding this form)
**Submitted Date:** Thu Dec 06 21:14:51 EST 2018

My Tip

## FINRA Regulatory Tip Form

All fields marked with * are mandatory.

### Tell us about your Tip

**Security Name** : Motion Picture Group INC         **Security Symbol**  MPRG

**Security Type** : Stock

**Date and/or Period of Activity**
**From Date (MM/DD/YYYY)** : 04/01/2018         **To Date (MM/DD/YYYY)**  12/08/2018

### Type of misconduct or violation

**What type of violation(s) are you Reporting?**

**Primary Violation** *  Selling away-private securities transactions         **Secondary Violation**  Anti-money laundering

**Amount in Dispute** : 999,999

**If your Regulatory Tip involves a retirement account, please select the type of account:**

☐ Defined Contribution Plan
An employer sponsored retirement plan wherein a certain amount or percentage of money is set aside by the employer and/or the employee for the benefit of the employee (e.g. 401(k), 403(b)).

☐ Defined Benefit Plan
An employer sponsored retirement plan such as a pension plan that offers a specific monthly benefit upon retirement. The amount is determined based on the plan's formula which would consider employee salary and tenure.

☐ Individual Retirement Account (IRA)
A self-directed retirement plan established by an individual; includes Traditional IRAs and Roth IRAs.

☐ Keogh Plan
A retirement plan established by self-employed individuals for themselves and their employees. It can be a defined-benefit or a defined-contribution plan.

☑ Simplified Employee Pension (SEP)
A SEP plan is a type of IRA account that is established by an employer or self-employed individual.

☐ SIMPLE Plan
A SIMPLE plan (Savings Incentive Match Plan for Employees of Small Employers) is another type of retirement plan that is offered by small employers to their employees or used by self-employed individuals.

### Tip Summary

**Please provide a summary of your tip. Summary is limited to 3800 characters.** *
*Do not provide personal confidential information such as financial account numbers, Social Security numbers, or driver's license information. Such information will be requested by FINRA staff only when and if needed, and at the appropriate time.*

I was supposed to build capital with 200 npv stock through Fidelity since April. I was given select requirements and was actively completing requirements when I submitted my complete application and haven't been credited since. There seem to be some discourse amidst the flow of operation(s). My check bounced and deposits are being settled but never showing on my account. I believe in their foundation and think its a miscommunication/implementation problem.

# Your Financial Profile

Katheline   ⚇

## How do lenders see me?

Experian

## Currently, lenders may see you as risky. Here's why.

## Fair Credit Rating

20.2% of Americans are in your same FICO® Score range and are considered subprime borrowers.

**581**   FICO°SCORE 8   Learn more
Experian Data Dec 16, 2018

300                                                      850

Fair

## Low Credit Usage                               **0%**

Great job keeping usage under 30%. The lower the better.

## Very Good Payment History

| | |
|---|---|
| Late Payments | 0 |
| Collections | 3 |
| Public Records | 0 |

12/10

32



Financial Industry Regulatory Authority

✓ Your form was submitted to FINRA successfully. Please print this form now if you wish to retain a copy for your records.

Filing ID: 2445089 (Please retain this number for further inquiries regarding this form)
Submitted Date: Thu Dec 06 20:48:36 EST 2018

My Tip

## FINRA Regulatory Tip Form

All fields marked with * are mandatory.

### Tell us about your Tip

Security Name : Genius Products Inc New       Security Symbol  GNPR

Security Type : Stock

Date and/or Period of Activity

From Date (MM/DD/YYYY), 10/19/2017       To Date (MM/DD/YYYY)  12/06/2018

### Type of misconduct or violation

What type of violation(s) are you Reporting?

Primary Violation *  Selling away-private securities transactions       Secondary Violation  Registrations/examinations

Amount in Dispute  18,000

If your Regulatory Tip involves a retirement account, please select the type of account:

☐ Defined Contribution Plan
An employer sponsored retirement plan wherein a certain amount or percentage of money is set aside by the employer and/or the employee for the benefit of the employee (e.g. 401(k), 403(b)).

☐ Defined Benefit Plan
An employer sponsored retirement plan such as a pension plan that offers a specific monthly benefit upon retirement. The amount is determined based on the plan's formula which would consider employee salary and tenure.

☐ Individual Retirement Account (IRA)
A self-directed retirement plan established by an individual; includes Traditional IRAs and Roth IRAs.

☐ Keogh Plan
A retirement plan established by self-employed individuals for themselves and their employees. It can be a defined-benefit or a defined-contribution plan.

☑ Simplified Employee Pension (SEP)
A SEP plan is a type of IRA account that is established by an employer or self-employed individual.

☐ SIMPLE Plan
A SIMPLE plan (Savings Incentive Match Plan for Employees of Small Employers) is another type of retirement plan that is offered by small employers to their employees or used by self-employed individuals.

### Tip Summary

Please provide a summary of your tip. Summary is limited to 3800 characters. *
Do not provide personal confidential information such as financial account numbers, Social Security numbers, or driver's license information. Such information will be requested by FINRA staff only when and if needed, and at the appropriate time.

I was looking to privately fund my domestic corporation and regulated investment company. I asked to place my regulated investment company on a mutual fund/ETF exchange liquidating about 10 shares. I also asked for capital contributions and a business corporate account for each of my corporations. However, it has been two- three weeks and I began seeing my stocks float without access to either accounts.

 Gmail

katheline pierre <kathelinepierre@gmail.com>

---

## Federal Reserve Consumer Help Center Acknowledgement

2 messages

---

**Federal Reserve Consumer Help** <no-reply@kc.frb.org>
To: kathelinepierre@gmail.com

Tue, Feb 20, 2018 at 5:32 PM



February 20, 2018

Dear Katheline Pierre:

Please be advised that Manufacturers and Traders Trust Company, Santander Bank, N.A., Citibank, N.A., TD Bank, N.A., and Chase Bank USA, National Association are subject to supervisory oversight by the Consumer Financial Protection Bureau (CFPB) for certain consumer protection laws and regulations. Accordingly, we are forwarding your correspondence to that agency, at the address below, for appropriate attention:

Consumer Financial Protection Bureau
P.O. Box 2900
Clinton, IA 52733-2900

Website: www.consumerfinance.gov

Phone: (855) 411-2372
Fax: (855) 237-2392
TTY/TDD: (855) 729-CFPB (2372)

Chemung Canal Trust Company is regulated by the Federal Reserve Bank of New York, and we have forwarded your correspondence to that Reserve Bank to investigate and respond to you directly. You should receive a response from the Reserve Bank handling your complaint within 60 days. Please contact the Federal Reserve Bank of NY Consumer Complaint Hotline at (212) 720-5500 if you have questions about the status of the investigation of your complaint. More information on the Federal Reserve's consumer complaint process is located on our website at:

https://www.federalreserveconsumerhelp.gov/about/after-i-submit-a-complaint

The following are other websites you may find useful.

www.federalreserveconsumerhelp.gov
www.federalreserveconsumerhelp.gov/about/ConsumerHelponline.pdf
www.federalreserveconsumerhelp.gov/complaint/complaintForm.pdf

We hope this information is helpful to you.

Sincerely,
Federal Reserve Consumer Help Center

www.FederalReserveConsumerHelp.gov | 1-888-851-1920 (Phone) | 1-877-766-8533 (TTY) | 1-877-888-2520 (Fax)
Please do not respond to this message. If you need to contact us, please use the contact information listed above to reach us.

---

**katheline pierre** <kathelinepierre@gmail.com>
To: Federal Reserve Consumer Help <no-reply@kc.frb.org>

Tue, Feb 20, 2018 at 7:08 PM

My mail keeps getting stolen. I have informed delivery but any form of finance (tax refund, credit cards, W-2, paychecks) are never being sent to my P.O. box. I just changed my address and I'm being robbed to the point where I

35



## New Account Profile

December 11, 2018

Page 1 of 2

BGLHLTBBBDTMW

| | |
|---|---|
| Online | Fidelity.com |
| FAST® Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

GENIUS BRANDS MUYASIMPIENCES
PO BOX 7942
NEW YORK NY 10116-7942



## Account Ownership

| | | |
|---|---|---|
| **Name** <br> Genius Brands Muyasimpiences | **Tax ID Number** <br> On File | **Country of Tax Residence** <br> UNITED STATES |
| **Name** <br> Katheline Metus Pierre III | **Social Security Nbr** <br> On File   **Date of Birth** <br> On File | **Country of Tax Residence** <br> UNITED STATES |
| **Mailing Address** <br> Po Box 7942 <br> New York, NY 10116 | **Evening Phone** <br> * **Day Phone** <br> 347-762-5736 | |
| **Permanent Mailing Address** <br> 421 8TH Ave Unit 7942 <br> New York, NY, 10116-8900 | **Occupation** <br> Not Given | **Affiliation** <br> None |

## Account Setup

## Account Information

| Account Number | Z40-041082 |
|---|---|
| Type of Ownership | Unincorporated Assn |
| Dividends and Capital Gains | Direct all security distributions and interest payments to the Cash Settlement Option indicated below |
| Cash Settlement Option | Fidelity Government  Money Market |
| Margin | If applied and approved, effective within 5 business days. |
| Options | If applied and approved, effective within 5 business days. |
| Checkwriting | If elected, you will normally receive your checkbook within 2 weeks. |
| Transfers Between Your Bank and Fidelity | If you applied for Bank Wire or Electronic Funds Transfer, then the feature will be effective within 10 business days. |
| Annual Income | Not asked |
| Net Worth | Not asked |
| Liquid Net Worth | Not asked |
| Tax Bracket | Not asked |
| ** Investment Objective | Undecided |
| Account Mailing Address | PO BOX 7942 <br> NEW YORK, NY 10116-7942 |

** Investment objective definitions are provided on the last page of this letter.

Case 1:19-cv-01521-WFK-VMS   Document 1   Filed 03/13/19   Page 134 of 190 PageID #: 571



Please review your account and customer information.  If any changes are needed or any information is missing (indicated as "**"), call us at the Customer Service number above or visit us at Fidelity.com.  Please note: to protect your privacy, certain information on your New Account Profile is shown as "On File".

As a general matter, Fidelity does not assign representatives to customer accounts.  All properly completed account applications have been approved/accepted by a registered principal.

Please note that in certain circumstances, such as when Fidelity determines you reside outside the United States, the Cash Settlement Option noted above will not receive securities distributions and interest payments.  Please refer to the Customer Agreement for further details.

### INVESTMENT OBJECTIVE DEFINITIONS

**Short Term:** You seek to preserve your capital and can accept the lowest returns in exchange for price stability.

**Conservative:** You seek to minimize fluctuations in market values by taking an income-oriented approach with some potential for capital appreciation (minimum required for writing covered call options).

**Balanced:** You seek the potential for capital appreciation and some growth and can withstand moderate fluctuations in market value.

**Growth:** You have a preference for growth and can withstand significant fluctuations in market value.

**Aggressive Growth:** You seek aggressive growth and can tolerate wide fluctuations in market values, especially over the short term.

**Most Aggressive:** You seek very aggressive growth and can tolerate very wide fluctuations in market values, especially over the short term (required for options strategies other than writing covered call options).

**Official Site of ChexSystems** ConsumerAssistance

| Home (?url=nm:old:Z6_0ADA14S0LGPOF0AEMN8SUL20G6) | Request Reports▾ | Identity Theft▾ |
|---|---|---|

Security Freeze▾        Education (?url=nm:old:Z6_0ADA14S0LOHT20AEELG32K1GT5)
Dispute (?url=nm:old:Z6_0ADA14S0LGPOF0AEMN8SUL20C6)

✔ Your dispute has been received and will be forwarded to the appropriate personnel for handling. Your reference ID is **CXDP1600949**. Please retain this information for your records.

If an investigation is necessary, we will contact the source of the information to request that they verify the accuracy of the information they submitted to us. Under normal circumstances, investigations are completed within approximately 30 days (21 days for residents of Maine). If you provide additional information or documentation relevant to the dispute while the investigation is pending, the investigation time frame may be extended up to 15 days to give the source sufficient time for review.

Once it is completed, ChexSystems will notify you of the results of the investigation by mail at the address you provided.

OK

| Legal Notices (? | Privacy Policy (? | Información en español (? |
|---|---|---|
| url=nm:old:Z6_0ADA14S0LGPOF0AEMN8SUL20M7) | uri=nm:old:Z6_0ADA14S0LGPOF0AEMN8SUL2063) | uri=nm:old:Z6_0ADA14S0LGPOF0AEMN8SUL20U0)uri=nm:old:: |

© 2018, Chex Systems, Inc.



**Invest-By-Mail Form**

FIDELITY BROKERAGE SERVICES LLC
PO BOX 770001
CINCINNATI OH 45277-003

BGKWKPBBBBJFH

KATHELINE M PIERRE
PO BOX 7942
421 8TH AVE
NEW YORK     NY 10116-8801

002  0584789951   31   000

**Confirmation Statement**

**Please keep this portion for your records.**

12/03/2018

Account number X84-789951

| Date | Transaction | | | Amount |
|------|-------------|---|---|--------|
| 11/30 | Check returned---insufficient funds | #1004 | $288.20 | No Charge |

If you need additional information on this account, please visit us at Fidelity.com or call
1-800-544-6666 24 hours a day.

CUSTOMER
SERVICE | PROFILE | OPEN AN
ACCOUNT | REFER A
FRIEND | LOG
OUT | Search or get a quote |

| Accounts & Trade | Planning & Advice | News & Research | Investment Products | Why Fidelity |

Accounts & Trade    Update Accounts Features

Print | A A A

# Automatic Withdrawals

**To begin, you will need to choose:**

Your account(s) for automatic withdrawal.

Your payment schedule and, in some cases, the amount.

How you would like to receive your money.

**Set Up an Automatic Withdrawal**

Please be sure we have your current beneficiary information for each account and your bank or electronic funds transfer instructions, if needed.
You can update your information using the Related Links.

**Questions?**

## 800-544-6666

Instant message a representative.

**Related Links**

Set up a bank for EFT.

Update beneficiary information.

Go to Retirement Distribution Center.

Current Automatic Withdrawals    Eligible Accounts

### Account Details: CORPORATION (Z40030665)

Account Alert:
This account has a problem, please contact a Representative at 1-800-544-FIDELITY.

## Retirement Accounts

| Account | 2017 Year-End Balance | Balance as of 12/11/2018 | Automatic Withdrawal Plan | Action |
|---|---|---|---|---|

Account    CORPORATION (Z40030665)

Account Type    CORPORATION

**Individual Retirement Accounts**

| SEP-IRA (224808040) | $0.00 | Account Balance $0.00 12/11/2018 | $0.00 | None | Set Up an Automatic Withdrawal Plan |

There are no automatic withdrawal plans associated with this account.

## Nonretirement Accounts

| Account | Core Positions | Position Type | Automatic Withdrawal Eligibility | Position Balance as of 12/11/2018 |
|---|---|---|---|---|
| | FIDELITY GOVERNMENT MONEY MARKET (SPAXX) | Core Fund | Yes | |

| Account | 2017 Year-End Balance | Balance as of 12/11/2018 | Automatic Withdrawal Name & Status | Action |
|---|---|---|---|---|

Total Account Value as of 12/11/2018: $0.00

**INVESTMENT, SAVINGS, CHECKING, AND SPENDING ACCOUNTS**

| INDIVIDUAL (X84789951) | $0.00 | $1.75 | None | Set Up an Automatic Withdrawal Plan |
| INDIVIDUAL (X78609143) | $0.00 | $58.47 | None | Set Up an Automatic Withdrawal Plan |
| CORPORATION (Z40030665) | $0.00 | $0.00 | None | View Details |
| UNINCORPORATED ASSN (Z40041082) | $0.00 | $0.00 | None | View Details |



© 1998–2018 FMR LLC.
All rights reserved.
Terms of Use   Privacy   Security   Site Map

40



**FEDERAL TRADE COMMISSION**

# Identity Theft Report

FTC Report Number:
79204808

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

Katheline Pierre
New York, NY 10116

347-762-5736
kathelinepierre@gmail.com

## Personal Statement

I became a victim of ID Theft back in 2010. By June of 2012 my accounts had been frozen. In 2013 I was unable to file my taxes. In 2014, I filed an ID Theft affidavit. I sought help from a credit counselor and the FTC. I placed a 90 day fraud alert with the CRA. However, I was unable to complete the entire process by consequence of the identity theft. By April of 2017 my computer had been hacked. Livesafe reported over 100,000 viruses. Meanwhile in May my Sprint account was compromised. I received letters asking me to pay today on my very first bill. My Chase/Am Card was closed due to credit reporting issues. By Oct 28, My Sprint account was "hotlined". I had also contacted Citibank and found that my secured credit card & CD was closed. I stopped receiving emails at my domain and found that my personal website and corporate email had been truncated. I was also a victim of the [Equifax data breach]. *Fraudulent Email/Social Media in terms of injury [Cybercrime].

## Accounts Affected by the Crime

| Fraudulent Charges to My Credit Card | | |
|---|---|---|
| **Company or Organization:** | CitiCards CBNA | |
| **Account Number:** | 5424181199193925 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 10 / 2016 | 12 / 2017 | $ 59509 |

1of3

| Fraudulent Bank Debits or Withdrawals | | |
|---|---|---|
| Company or Organization: | ChexSystems | |
| Account Number: | Katheline | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 3 / 2012 | 12 / 2017 | $ 0 |

| Fraudulent Charges to My Mobile Phone Account | | |
|---|---|---|
| Company or Organization: | Sprint | |
| Account Number: | 610688097 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 10 / 2017 | 12 / 2017 | $ 800692 |

| Fraudulent Email or Social Media Account | | |
|---|---|---|
| Company or Organization: | Godaddy LLC [muyasi.com, unpretentious.info] | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 3 / 2017 | 12 / 2017 | $ 293374 |

| Fraudulent Charges to My Credit Card | | |
|---|---|---|
| Company or Organization: | Chase/Bank One Card Serv | |
| Account Number: | 414740019918 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 9 / 2017 | 12 / 2017 | $ 1070 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Credit Inquiries | BARCLAYS BANK DELAWARE, SYNCB, T-MOBILE, FIRST USA BANK, WEB |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Katheline   Pierre                                      Date

Use this form to prove to businesses and credit bureaus that you have submitted an identity theft report to law enforcement. Some businesses might request that you also file a report with your local police.

 Gmail

katheline pierre <kathelinepierre@gmail.com>

---

**New Data Leak Announced: Alteryx**
1 message

---

**LifeLock** <no-reply@email.lifelock.com>                          Thu, Dec 21, 2017 at 10:18 PM
Reply-To: LifeLock <reply-fe891576716c077472-201_HTML-352731850-7220301-2961@email.lifelock.com>
To: kathelinepierre@gmail.com

**View online**



# Alteryx Data Leak Exposes Information for 123 Million American Households

More than 120 million U.S. households had information exposed in a data leak, potentially raising the risk of identity theft for the impacted American families.

## What happened at Alteryx?

Cybersecurity company Upguard said it discovered the exposed data on Oct. 6, 2017, in a cloud-based repository, and made its discovery public on Dec. 19, 2017. The repository that was exposed contained a range of U.S. household data from Alteryx, an Irvine, California-based marketing and data analytics company.

The data included 248 fields of information for each household. The information ranged from addresses and income to ethnicity and personal interests. Details included contact information, mortgage ownership and financial histories.

Learn more about this data leak here.

## What does this mean for you?

*1 of 2*

As a LifeLock member, you are backed by our Million Dollar Protection™ Package.‡ This includes reimbursement for stolen funds and compensation for personal expenses—each with limits of up to $25,000, up to $100,000 or up to $1 million— based on the limits of your plan - and coverage for lawyers and experts if needed, to help resolve your case.

Due to this event, we may be experiencing high call volume and don't want you to be inconvenienced with wait times. If we detect your personal information being used within our network, we'll send you an alert.†

If you would like to help protect your family members, log in to your member portal here and use promo code **BREACHFAMILY** for 15% off the first year* for new members.

Thanks for being a LifeLock member
Rest assured, Katheline, we have your back.

Account | Alerts | Support



No one can prevent all identity theft.

† LifeLock does not monitor all transactions at all businesses.

‡ Reimbursement and Expense Compensation, each with limits of up to $1 million for Ultimate Plus, up to $100,000 for Advantage and up to $25,000 for Standard. And up to $1 million for coverage for lawyers and experts if needed, for all plans. Benefits provided by Master Policy issued by United Specialty Insurance Company, Inc. (State National Insurance Company, Inc. for NY State members). Policy terms, conditions and exclusions at: LifeLock.com/legal.

*Important Pricing & Subscription Details:
  • The price quoted today may include an introductory offer. After that, your membership will automatically renew and be billed at the applicable monthly or annual renewal price found here.
  • You can cancel your membership at any time in your member portal, or by contacting Member Services at: 844-488-4540.
  • For more details, please visit the LifeLock Cancellation & Refund Policy here.

View our Privacy Policy at LifeLock.com/privacy
View our Terms and Conditions at LifeLock.com/terms

Copyright © 2017 Symantec Corp. All rights reserved.
Symantec, the Symantec Logo, the Checkmark Logo, LifeLock, the LockMan Logo, LifeLock Standard, LifeLock Advantage and LifeLock Ultimate Plus are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Other names may be trademarks of their respective owners.

LifeLock, Inc. | 60 East Rio Salado Parkway | Suite 400 | Tempe, AZ 85281

RCRM3420EM

# DISCOVER

January 10, 2019

KATHELINE:

Thanks for your interest in Discover®. Unfortunately, at this time we are not able to approve your application for a Discover it® Miles Student card due to the following:

CREDIT FILE FROZEN

If you are still interested in proceeding with your application, please contact the credit bureau to request a temporary lift of the freeze on your credit report. Once the credit bureau has lifted the freeze, please contact us to have your application re-considered.

For helpful financial tips and information on managing your credit, visit **Discover.com/resources**.

Sincerely,
Discover Credit Operations Team
1-877-330-4223
Application Number 183592354538600
ADA100025

**Discover.com**
Discover Card, issued by Discover Bank, Member FDIC

Page 1 of 2

PO Box 15410
Wilmington, DE 19850-5410

LF11RA01 008802
Katheline Pierre
421 8th Ave Unit 7942
New York, NY 10116-9010



Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

For a free copy of your credit bureau report, contact:

EQUIFAX DISCLOSURE DEPARTMENT
PO BOX 740241
ATLANTA, GA 30374
(800)685-1111
WWW.EQUIFAX.COM

If you have any questions regarding this letter, you should contact Discover Bank, issuer of the Discover Card, at P.O. Box 15410, Wilmington, DE 19850-5410.

FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency which administers compliance with this law concerning Discover Bank, the issuer of the Discover Card, is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington DC 20006.

**Fidelity** INVESTMENTS

**INVESTMENT REPORT**
January 25, 2019 - January 31, 2019

Fidelity Account KATHELINE PIERRE - INDIVIDUAL
▶ **Account Number: Z04-432888**

Envelope # BGQBGMBBBFVGC

0028220 01 AB   0.409 01  TR 00179 FIEQ2K04 000000
KATHELINE PIERRE
PO BOX 7942
NEW YORK NY 10116-7942

## Your Account Value:

**Change from Last Period:**  ▶ 0

|  | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | - | |
| Ending Account Value ** | - | |

** *Excludes unpriced securities.*

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠ Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

028220 FIEQ2K04 014686

S

P

MR_CE_BGQBGMBBBFVGC_BBBBB 20190131



**Fidelity**
*INVESTMENTS*

INVESTMENT REPORT
January 25, 2019 - January 31, 2019

Account # Z04-432888
KATHELINE PIERRE - INDIVIDUAL

## Account Summary

### Account Value:

▬

| | This Period | Year-to-Date |
|---|---|---|
| Change in Account Value | ▶ $0.00 | |
| Beginning Account Value | ▬ | ▬ |
| Ending Account Value | ▬ | ▬ |

Total Account Trades Feb 2018 - Jan 2019: 0

MR_CE _BGQBGMBBBFVGC_BBBBB 20190131          P



**Fidelity**

## Information About Your Fidelity Statement

TDD Service for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week. For customer service, call 800-544-6666 or the customer service number on your statement. For American Express or Fidelity VISA® Gold Check Card, call 800-FIDELITY (800-343-3548).

Additional Investments with Fidelity Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

Income Summary Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as taxable could be tax-exempt. Cost Basis, Gain/Loss, and Holding Period Information NFS is required to report certain cost basis and holding period information for mutual funds and the first-in, first-out (FIFO) method of most securities to the IRS on Form 1099-B when such securities are sold. This information will also be reported to you on your Form 1099-B. Cost basis and gain/loss (unless otherwise noted) for all other securities. Cost basis for each security held in retirement and HSA accounts. Such information is not reported to the IRS and is provided to you as supplemental information only.

Additional Information About Your Brokerage Account, if Applicable

Free credit balances (FCB) are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and electronic fund transfers...

Executing Orders on the Floor of the NYSE The Floor broker may permit the Designated Market Maker for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. Agency Trades Individual securities trades placed for your Fidelity® Personalized Portfolios account are completed on an agency basis...



This page intentionally left blank



**Fidelity**
*INVESTMENTS*

P.O. Box 28014
Albuquerque, NM 87125-8014





Presorted
First Class Mail
U.S. Postage
PAID
Fidelity Investments
45277

[01/08/2018]

Dear Furnishers,

My name is Katheline M. Pierre III. and I am sending correspondence to furnishers in regards to a change of address. As a victim of multiple stolen identity events in the last few recent years, I have been able to make amends and am ready to issue reports from various respective agencies upon receipt of acknowledgement as a mail recipient, past or present.

My new mailing address is as follows Attn: Katheline Pierre P.O. Box 7942 New York, NY 10116. Please forward me any and all account statements along with a letter of your receipt of my current status as a previous and/or current victim of identity theft, that I may send you an official correspondence.

Warm regards,
Katheline Pierre
3477625736

Notary:   State of NY, County of Kings

State of _____

County of _____

This record was subscribed and sworn before me on this _____ day of _____ in the year 2_____ by        JAN 0 9 2018

*Katherine Pierre*

(Name of Individual)

_____

Signature of notarial officer

ZVI J INDIG
NOTARY PUBLIC, State of New York
No. 01IN6236559
Qualified in Kings County
Commission Expires February 28, 2019

Stamp

Title of office _____

My commission expires: _____

**All furnishers of consumer reports must comply with all applicable regulations, including regulations promulgated after this notice was first prescribed in 2004. Information about applicable regulations currently in effect can be found at the Consumer Financial Protection Bureau's website, www.consumerfinance.gov/learnmore.**

### NOTICE TO FURNISHERS OF INFORMATION:
### OBLIGATIONS OF FURNISHERS UNDER THE FCRA

The federal Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681-1681y, imposes responsibilities on all persons who furnish information to consumer reporting agencies (CRAs). These responsibilities are found in Section 623 of the FCRA, 15 U.S.C. § 1681s-2. State law may impose additional requirements on furnishers. All furnishers of information to CRAs should become familiar with the applicable laws and may want to consult with their counsel to

623(a)(8).

**Duties After Notice of Dispute from Consumer Reporting Agency**

If a CRA notifies a furnisher that a consumer disputes the completeness or accuracy of information provided by the furnisher, the furnisher has a duty to follow certain procedures. The furnisher must:

3

 Gmail

katheline pierre <kathelinepierre@gmail.com>

## Regarding Claim 00102337933-Policy IFS 0253101

1 message

**myclaiminfo@assurant.com** <myclaiminfo@assurant.com>
Reply-To: myclaiminfo@assurant.com
To: kathelinepierre@gmail.com, ClientLetter@assurant.com

Thu, Dec 21, 2017 at 7:40 AM

Please see the attached correspondence in reference to your Identity Fraud claim.

Claim Information

Claim Number: 00102337933
Policy Number: IFS 0253101
Date of Loss: 11-01-2017
Claim Reported: 12-18-2017
Property Address:  , , ,

If you have any questions about this correspondence, or if you have additional information that you would like us to consider, please contact your claims adjuster at the number listed below. Our office hours are 8 a.m. to 6 p.m. Monday through Friday. We appreciate your business and thank you for being a valued customer.

Sincerely,

Barbara Lopez
Global P&C Claims
Claims Examiner
T. 800-652-1262 Ext. 38455
F. 866-728-7098
E. myclaiminfo@assurant.com

*****************************************************************
This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, forwarding or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof. Thank you.

📄 **ACKNO.00102337933.pdf**
184K

The Consumer Financial Protection Bureau website, www.consumerfinance.gov/learnmore, has more information about the FCRA.

Citations for FCRA sections in the U.S. Code, 15 U.S.C. § 1681 et seq.:

|  |  |  |  |
|---|---|---|---|
|  | 15 U.S.C. 1681 | Section 615 | 15 U.S.C. 1681m |
| Section 603 | 15 U.S.C. 1681a | Section 616 | 15 U.S.C. 1681n |
| Section 604 | 15 U.S.C. 1681b | Section 617 | 15 U.S.C. 1681o |
| Section 605 | 15 U.S.C. 1681c | Section 618 | 15 U.S.C. 1681p |
| Section 605A | 15 U.S.C. 1681c-1 | Section 619 | 15 U.S.C. 1681q |
| Section 605B | 15 U.S.C. 1681c-2 | Section 620 | 15 U.S.C. 1681r |
| Section 606 | 15 U.S.C. 1681d | Section 621 | 15 U.S.C. 1681s |
| Section 607 | 15 U.S.C. 1681e | Section 622 | 15 U.S.C. 1681s-1 |
| Section 608 | 15 U.S.C. 1681f | Section 623 | 15 U.S.C. 1681s-2 |
| Section 609 | 15 U.S.C. 1681g | Section 624 | 15 U.S.C. 1681t |
| Section 610 | 15 U.S.C. 1681h | Section 625 | 15 U.S.C. 1681u |
| Section 611 | 15 U.S.C. 1681i | Section 626 | 15 U.S.C. 1681v |
| Section 612 | 15 U.S.C. 1681j | Section 627 | 15 U.S.C. 1681w |
| Section 613 | 15 U.S.C. 1681k | Section 628 | 15 U.S.C. 1681x |
| Section 614 | 15 U.S.C. 1681l | Section 629 | 15 U.S.C. 1681y |

*4*

Katheline Pierre
35 Linden Boulevard, #C2
Brooklyn, NY 11226

March 27, 2017

EQUIFAX
P.O. Box 740256
Atlanta, GA 30374

**RE: REQUEST OF INVESTIGATION**          **Social Security No.: \*\*\*-\*\*-9302**

To Whom It May Concern:

According to the provisions of the **Fair Credit Reporting Act § 611(a) [15 USC § 1681i(a)(1)(A)]**, disputed items must be reinvestigated or deleted from my credit record within 30 days. In the interim, these items should be noted on my credit record as "in dispute."

I am also requesting the names, addresses, and telephone numbers of individuals you contacted during your investigation so that I may follow up. Please notify me that the items below have been deleted pursuant to 611 (a) (6) [15USC 1681j (a) (6)].

I am also requesting an updated copy of my credit report, which should be sent to the address listed below. According to the provisions of § 612 [15 USC § 1681j], there should be no charge for this report.

Please initiate an investigation according to the **provisions of the Fair Credit Reporting Act § 611(a) [15 USC § 1681i(a)(1)(A)]** on the following items:

**TRADES**
 **ACCOUNT: [ST UNIV NY]**
 **BALANCE: [$2,031]**
 **REMARKS: [NONE]**
 This account is inaccurate because I no longer have any obligations to this creditor.
 **Please investigate and remove this account from my records or send documentation that shows I am responsible for it.**

**I am also sending copies of this letter to the Federal Trade Commission and the New York Department of Consumer Affairs, and will update these institutions about the status of this matter.**

Sincerely,

_____

Katheline Pierre
35 Linden Boulevard, #C2
Brooklyn, NY 11226

cc: Federal Trade Commission; NY Department of Consumer Affairs

Katheline Pierre
35 Linden Boulevard, #C2
Brooklyn, NY 11226

March 27, 2017

TRANSUNION
P.O. BOX 2000
CHESTER, PA 19022

**RE: REQUEST OF INVESTIGATION**          **Social Security No.: ***-**-9302**

To Whom It May Concern:

According to the provisions of the **Fair Credit Reporting Act § 611(a) [15 USC § 1681i(a)(1)(A)]**, disputed items must be reinvestigated or deleted from my credit record within 30 days. In the interim, these items should be noted on my credit record as "in dispute."

I am also requesting the names, addresses, and telephone numbers of individuals you contacted during your investigation so that I may follow up. Please notify me that the items below have been deleted pursuant to 611 (a) (6) [15USC 1681j (a) (6)].

I am also requesting an updated copy of my credit report, which should be sent to the address listed below. According to the provisions of § 612 [15 USC § 1681j], there should be no charge for this report.

Please initiate an investigation according to the **provisions of the Fair Credit Reporting Act § 611(a) [15 USC § 1681i(a)(1)(A)]** on the following items:

**TRADES**
    **ACCOUNT:** [ST UNIV NY]
    **BALANCE:** [$2,031]
    **REMARKS:** [NONE]
    This account is inaccurate because I no longer have any obligations to this creditor.
    **Please investigate and remove this account from my records or send documentation that shows I am responsible for it.**

**I am also sending copies of this letter to the Federal Trade Commission and the New York Department of Consumer Affairs, and will update these institutions about the status of this matter.**

Sincerely,

Katheline Pierre
35 Linden Boulevard, #C2
Brooklyn, NY 11226

cc: Federal Trade Commission; NY Department of Consumer Affairs

Katheline Pierre
35 Linden Boulevard, #C2
Brooklyn, NY 11226

March 27, 2017

EXPERIAN
PO Box 9701
Allen, TX 75013

**RE: REQUEST OF INVESTIGATION**          **Social Security No.: ***-**-9302**

To Whom It May Concern:

According to the provisions of the **Fair Credit Reporting Act § 611(a) [15 USC § 1681i(a)(1)(A)]**, disputed items must be reinvestigated or deleted from my credit record within 30 days. In the interim, these items should be noted on my credit record as "in dispute."

I am also requesting the names, addresses, and telephone numbers of individuals you contacted during your investigation so that I may follow up. Please notify me that the items below have been deleted pursuant to 611 (a) (6) [15USC 1681j (a) (6)].

I am also requesting an updated copy of my credit report, which should be sent to the address listed below. According to the provisions of § 612 [15 USC § 1681j], there should be no charge for this report.

Please initiate an investigation according to the **provisions of the Fair Credit Reporting Act § 611(a) [15 USC § 1681i(a)(1)(A)]** on the following items:

**TRADES**
>    **ACCOUNT: [ST UNIV NY]**
>    **BALANCE: [$2,031]**
>    **REMARKS: [NONE]**
>    This account is inaccurate because I no longer have any obligations to this creditor.
>    **Please investigate and remove this account from my records or send documentation that shows I am responsible for it.**

**I am also sending copies of this letter to the Federal Trade Commission and the New York Department of Consumer Affairs, and will update these institutions about the status of this matter.**

Sincerely,

_____

Katheline Pierre
35 Linden Boulevard, #C2
Brooklyn, NY 11226

cc: Federal Trade Commission; NY Department of Consumer Affairs

RIDGEWOOD SAVINGS BANK
71-02 FOREST AVE
RIDGEWOOD NY 11385



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 11385
02 4W          $ 000.47⁰
0000343200 JAN 14 2019

Katheline M Pierre
421 8th Avenue Unit 7942
New York, NY  10116

i0ii6$9010 C770



**RIDGEWOOD SAVINGS BANK**

71-02 Forest Avenue
Ridgewood, NY 11385
(718) 240-4800

Katheline M Pierre
421 8th Avenue Unit 7942
New York, NY  10116

1/11/2019

Confirmation # **DUM716N**

Dear Katheline M Pierre

Thank you for taking this opportunity to begin your banking relationship with us through our Online Account Opening process.

Unfortunately, we are unable to provide you with a new account at this time through this process. An "Adverse Action" form is attached.

You may, however, be able to open an account in person at any of our conveniently located branches.

Very truly yours:

Diana Suero
Ridgewood Savings Bank
Electronic Banking Department

*multiply the good*
Member FDIC

 **RIDGEWOOD SAVINGS BANK**

# Notice of Adverse Action

**Notice Date:** <u>01/11/2019</u>

Thank you for your recent application. We are sorry to advise you that we are unable to accommodate your request to open a deposit account with our institution at this time. Our decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have the right under the Fair Credit Reporting Act to know the information contained in your file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied your request to open a deposit account in our institution. You also have the right to a free copy of your credit report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute with the reporting agency.

*Agency Address:*

*Chex Systems, Inc.*
*Attn: Consumer Relations*
*7805 Hudson Road, Suite 100*
*Woodbury, MN 55125*

*Fax (602) 659-2197*
*Toll-free Telephone (800) 428-9623*
*On the web: www.consumerdebit.com*

We also obtained your credit score from this consumer reporting agency and used it in making our decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

**Credit Score:** <u>0506</u>        **Score Date:** <u>01/10/2019</u>

Score range from a low of 100 to a high of 899, while exception scores range from 9000 to 9999.

**Key factors that adversely affected your credit score:**

<u>AG-Time Since Non-DDA Inquiry Activity</u>  <u>AX-No Evidence of Asset Ownership</u>

<u>AO-Non-DDA Inquiry or Retail Item History</u>        <u>AH-Unique FI DDA Inquiry History</u>

If you have any questions regarding your credit score, you should contact Chex Systems, Inc. using the contact information above.



Consumer Relations
7805 Hudson Rd Suite 100
Woodbury, MN 55125
800.513.7125



January 16, 2017

137
KATHELINE PIERRE
35 LINDEN BOULEVARD APT C2
BROOKLYN, NY 11226

**This report was prepared for KATHELINE PIERRE**

| Consumer ID: 25160570 for KATHELINE PIERRE |
|---|
| Please provide your Consumer ID number, along with your Social Security number, in any future contact with ChexSystems. |
| **Personal Information** |
| This section displays the names, date of birth and addresses associated with your ChexSystems consumer file. |

Date of Birth:
02/16/1993

*Dispute in writing*
*copy*
*Supporting document*
*Chexd Systems*
*ChexSystems. com*

Names:
KATHELINE   PIERRE

Addresses:
250 CLARKSON AVE
BROOKLYN, NY 11226-0000

35 LINDEN BLVD APT C2
BROOKLYN, NY 11226-3132

35 LINDEN BLVD APT 2C
BROOKLYN, NY 11226-3132

35 Linden Blvd C2
Brooklyn, NY 11226-0000

35 LINDEN BOULEVARD APT C2
BROOKLYN, NY 11226-3132

*1 of 4*

| Reported Information |
|---|
| Reported Information refers to reports of accounts that have been mishandled, reported for cause, and/or outstanding debts. Reported Information is submitted directly to ChexSystems by members of our service which consists mainly of financial institutions. Our current practice is to retain this information for a period of five years. |
| SSN/ID indicates a Social Security number, Individual Taxpayer Identification number, Tax ID number, or Employer ID number. |

Source Of Information : M&T BANK
                        1100 WEHRLE DRIVE
                        WILLIAMSVILLE, NY 14221
                        800.724.2440
Reported Name : KATHELINE   PIERRE
Reported Address : 35 LINDEN BLVD APT C2
                   BROOKLYN, NY 11226-3132
Reported SSN/ID : XXX-XX-9302
Driver's License Number :
State of Issuance :
RTN : 022000046     Account : XXXXXX6373
Date Reported : 02/15/2012
Reported For : ACCOUNT ABUSE
Original Charge Off Amount : $802.95
Closure Status : NOT REPORTED

Source Of Information : M&T BANK
                        1100 WEHRLE DRIVE
                        WILLIAMSVILLE, NY 14221
                        800.724.2440
Reported Name : KATHERINE M PIERRE
Reported Address : 31 SEMINARY AVE
                   BINGHAMTON, NY 13905-3732
Reported SSN/ID : XXX-XX-9302
Driver's License Number :
State of Issuance :
RTN : 022000046     Account : XXXXXX5415
Date Reported : 12/17/2013
Reported For : ACCOUNT ABUSE
Original Charge Off Amount : $636.54
Closure Status : NOT REPORTED

Source Of Information : TD BANK
                        70 GRAY ROAD
                        FALMOUTH, ME 04105
                        Telephone Number Not Available
Reported Name : KATHERINE M PIERRE
Reported Address : 1967 UNION ST
                   BROOKLYN, NY 11233-5262
Reported SSN/ID : XXX-XX-9302
Driver's License Number :
State of Issuance :
RTN : 011103093    Account : XXXXXX8029
Date Reported : 04/15/2013
Reported For : OVERDRAFTS
Original Charge Off Amount : $194.40
Closure Status : NOT REPORTED

Source Of Information : CHEMUNG CANAL TRUST COMPANY
                        ONE CHEMUNG CANAL PLAZA
                        ELMIRA, NY 14901
                        Telephone Number Not Available
Reported Name : KATHERINE   PIERRE
Reported Address : BU BOX 6850
                   BINGHAMTON, NY 13902
Reported SSN/ID : XXX-XX-9302
Driver's License Number :
State of Issuance :
RTN : 021301115    Account : XXXXX5844
Date Reported : 03/07/2012
Reported For : NON-SUFFICIENT FUNDS(NSF) ACTIVITY
Closure Status : UNPAID
Closure Status Date : 03/07/2012

| **Inquiries Initiated By Consumer Action** |
| --- |
| Inquiries Initiated By Consumer Action refers to inquiries resulting from a transaction initiated by you. These include applying for a credit card or completing an application at a financial institution. Please note that the inquiries are part of your credit history and may be included in our reports to others. These inquiries can be viewed for ninety days up to three years. |

Inquirer : CARVER FEDERAL SAVINGS BANK
            1392 FULTON STREET
            BROOKLYN, NY 11216
            Telephone Number Not Available
Inquiry Date : 03/07/2014
SSN/ID Provided : XXX-XX-9302



Inquirer : TRANSUNION DECISION SYSTEMS
        555 WEST ADAMS STREET
        CHICAGO, IL 60661
        Telephone Number Not Available
On behalf of : PROGRESSIVE FINANCE
        11629 S. 700 E.
        DRAPER, UT 84020
        Telephone Number Not Available
Inquiry Date : 08/11/2016
SSN/ID Provided : XXX-XX-9302

Inquirer : FACTOR TRUST
        675 MANSELL ROAD STE 205
        ROSWELL, GA 30076
        Telephone Number Not Available
On behalf of : PROGRESSIVE FINANCE, LLC
        11629 S 700 E, STE 250
        DRAPER, UT 84020
        Telephone Number Not Available
Inquiry Date : 08/11/2016
SSN/ID Provided : XXX-XX-9302

Inquirer : DATAX LTD
        325 E WARM SPRINGS ROAD
        LAS VEGAS, NV 89119
        Telephone Number Not Available
On behalf of : CREST FINANCIAL INC.
        49 W CENTER
        MIDVALE, UT 84047
        Telephone Number Not Available
Inquiry Date : 08/31/2015
SSN/ID Provided : XXX-XX-9302

Inquirer : CITIBANK, N.A.
        ONE BROADWAY
        NEW YORK, NY 10004
        800.627.3999
Inquiry Date : 05/18/2016
SSN/ID Provided : XXX-XX-9302

Inquirer : CARVER FEDERAL SAVINGS BANK
        12 METROTECH CENTER
        BROOKLYN, NY 11201
        718.676.8708
Inquiry Date : 01/30/2016
SSN/ID Provided : XXX-XX-9302

Inquirer : M&T BANK
        ONE M & T PLAZA
        BUFFALO, NY 14240
        Telephone Number Not Available
Inquiry Date : 02/06/2014
SSN/ID Provided : XXX-XX-9302

**Inquiries Not Initiated By Consumer Action**

Reply ID: 15763727-303381



Presorted
First-Class
U.S. Postage
PAID
Cincinnati OH
Permit 770

79   LJCLZP1   1 1 226

Synchrony Bank c/o PayPal Credit
PO Box 447
Timonium, MD 21094-0447

01/21/19

|||||||||||||||||||||||||||||||||||||||||||||||
P-2  T-23  ••••••AUTO••ALL FOR AADC 112    11375
Katheline Pierre
35 Linden Blvd, C2 West Florence Hall
Brooklyn, NY 11226-3170

Reference: 2136196458 - 504990270000915

Dear Katheline Pierre:

This letter is in response to your recent request to open a PayPal Credit account. Our records show that you requested to open an account or make a purchase using the PayPal Credit payment method on 01/20/2019.

We regret that we are unable to approve you for the service at this time for the following reason:

Unable to access your credit bureau file due to a freeze.

Our credit decision was based in whole or in part on information obtained in a report from the consumer-reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

You also have the right to a free copy of your report from the reporting agency if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Trans Union
2 Baldwin Place
PO Box 1000
Chester PA 19022
(800) 888-4213

If you applied multiple times for a PayPal Credit account, you will receive a separate letter for each application that was declined, even if you were subsequently approved.

Thank you.

Sincerely,

Synchrony Bank

The PayPal Credit account is issued by Synchrony Bank.

CBE/11,375.C

## FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington DC 20006.

The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil rights Commission administers compliance with this law.





Cardmember Service
PO Box 6361
Fargo, ND  58125-6361

November 24, 2018

REF: 20183276215844

ılıļıı||ıılıll||lıııılıll|ıılı||ıllı||ıllı|ılıļııl||lıı||

000001969 01  SP  0.470  106481809953663 P

Katheline Pierre III
PO Box 7942
New York, NY 10116-7942

Dear Katheline Pierre III:

Thank you for applying for a Fidelity Visa Signature Card account.

We regret that we are unable to process your application at this time. The consumer credit reporting agency has indicated that you have put a security freeze on your credit file.  In order for us to continue processing your application, you will need to contact all consumer reporting agencies and request that any freezes be lifted.  Once this has been completed, please contact us at 800.364.9648, from 8 a.m. to 5 p.m. CT, Monday through Friday.  We accept relay calls.  We will be happy to re-evaluate your application.

Our decision was based in whole or in part on information obtained from the following consumer credit reporting agency(ies):

| Trans Union | Equifax | Experian |
|---|---|---|
| PO Box 1000 | PO Box 740241 | PO Box 2002 |
| Chester, PA 19022 | Atlanta, GA 30374-0241 | Allen, TX 75013-2002 |
| 800.888.4213 | 800.685.1111 | 888.397.3742 |
| transunion.com/myoptions | equifax.com | experian.com/reportaccess |

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency.  The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.  You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this letter.  In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Sincerely,

Cardmember Service
800.364.9648

The creditor and issuer of this card is Elan Financial Services.

## EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington DC 20006.

Notice to Washington residents: Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, marital status, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental or physical disability or the use of a trained guide dog or service dog by a disabled person.  The Washington State Human Rights Commission administers compliance with this law.




**TARGET.**



*1O6OH*

December 17, 2018

D17-ARNKV-CSD-000926

KATHELINE M PIERRE III
421 8TH AVE # 7942
NEW YORK, NY  10116-9010

**Target Debit Card™ Application**
Application ID: 996013515155292

Dear Katheline M Pierre III,

We're sorry, but we couldn't approve your application because we weren't able to verify the information from the ID you provided.

Thanks for your interest in the Target Debit Card. Give us a call at 800-570-1007 if you have any questions.

Sincerely,
Target Card Services

REDcard™: Target Debit Card™, Target Credit Card™ and Target™ Mastercard®. Subject to application approval (Target Mastercard not available to new applicants). The REDcard credit cards (Target Credit Card and Target Mastercard) are issued by TD Bank USA, N.A. The REDcard debit card is issued by Target Corporation. The Bullseye Design and Target are registered trademarks of Target Brands, Inc. Mastercard is a registered trademark of Mastercard International Incorporated. Pat 7,562,048 and 8,117,118.

**Target Corporation**
PO Box 5332, Sioux Falls, SD 57117-5332



Cardmember Service
PO Box 6361
Fargo, ND 58125-6361

December 19, 2018

REF: 20183526103439

||ulII||ᵐᵘᵘ||ʹI||ᵘᵇᵘᵘᵘᵇᵘᵘᵘI|ᵘ||ᵘᵘᵘᵘᵘ||ᵘ|ᵘ||ᵘ||ᵘᵘ||ᵘ||ᵘ|
000002442 01 SP 0.470 106481840547726 P
Katheline M Pierre Iii
PO Box 7942
New York, NY 10116-7942

Dear Katheline M Pierre Iii:

Thank you for applying for a Fidelity Visa Signature Card account.

We regret that we are unable to process your application at this time. The consumer credit reporting agency has indicated that you have put a security freeze on your credit file. In order for us to continue processing your application, you will need to contact all consumer reporting agencies and request that any freezes be lifted. Once this has been completed, please contact us at 800.364.9648, from 8 a.m. to 5 p.m. CT, Monday through Friday. We accept relay calls. We will be happy to re-evaluate your application.

Our decision was based in whole or in part on information obtained from the following consumer credit reporting agency(ies):

Trans Union
PO Box 1000
Chester, PA 19022
800.888.4213
transunion.com/myoptions

Equifax
PO Box 740241
Atlanta, GA 30374-0241
800.685.1111
equifax.com

Experian
PO Box 2002
Allen, TX 75013-2002
888.397.3742
experian.com/reportaccess

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this letter. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Sincerely,

Cardmember Service
800.364.9648

The creditor and issuer of this card is Elan Financial Services.

## EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington DC 20006.

Notice to Washington residents: Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, marital status, honorably discharged veteran or military status, sexual orientation, or the presence of any sensory, mental or physical disability or the use of a trained guide dog or service dog by a disabled person. The Washington State Human Rights Commission administers compliance with this law.

20183526103439                    Form #ACAP FZBL-P1-USNAWC USNAXX_FZBL 09/2018



Wells Fargo Bank, N.A.
P.O. Box 14579
Des Moines, IA 50306-3579

December 17, 2018

BTCCLTDTJT  000464
||||ı|lıı|ı|•ı|•ıl||ıl|ı•||ıı|ıı•ı|ıı•ıı|•ıı|ı||ılıı||ııl|ılı|•l•|

KATHELINE M PIERRE III
421 8TH AVENUE UNIT 7942
NEW YORK, NY 10116

Subject: Information needed to process your credit card account application # 20183510011243

Dear KATHELINE M PIERRE III:

Thank you for your recent credit card account application. We're writing to let you know that there is a
security freeze on your consumer report (often called a credit report) from the consumer reporting agency
shown below. This security freeze prevents us from accessing your credit information. Please follow the
steps below to temporarily lift the security freeze so we can process your application.

**What you need to do**

Please help us process your application by completing the following steps by January 11, 2019:

1. Call the reporting agency shown below and ask them to allow us to obtain a copy of your credit
   report.
2. **After you contact the reporting agency, call us within 24 hours** at 1-800-967-9521,
   Monday – Friday, 7:00 a.m. to 9:00 p.m., or Saturday, 8:00 a.m. to 7:00 p.m. Central Time. It is
   important that you contact us promptly so we can process your request before the security freeze
   is automatically reinstated.

Please understand that if we cannot access your credit report by January 11, 2019, your application will be
declined and you will need to submit a new application.

**About our decision and your consumer report**

Our decision was based in whole or in part on information in a consumer report (often called a credit
report) from the consumer reporting agency below. This agency was not involved in our decision and
cannot provide you with specific reasons about our decision.

However, we want to make sure you're aware of your right under the Fair Credit Reporting Act to know
the information in your credit file, and to receive a free copy of your consumer report from the agency if
you request it within 60 days after you receive this notice. If you find that any information in the report is
inaccurate or incomplete, you have the right to dispute it with the reporting agency. To obtain a free copy
of your report, please contact:

Experian
701 Experian Parkway
P.O. Box 2103
Allen TX 75013
888-397-3742
www.experian.com/reportaccess

Please see the following page for more information

NA-5060 CDP.V3 (11/2017)

If you have questions, please call us at 1-800-967-9521, Monday – Friday, 7:00 a.m. to 9:00 p.m., or Saturday, 8:00 a.m. to 7:00 p.m. Central Time, and refer to application # 20183510011243. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Thank you.

Credit Department
Consumer Financial Services


**Notice:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

The federal agency that administers compliance with this law concerning Wells Fargo is:

Bureau of Consumer Financial Protection
1700 G Street NW
Washington, D.C. 20006

NA-5060 CDP.V3 (11/2017)



December 17, 2018

KATHELINE:

Thanks for your interest in Discover®. Unfortunately, at this time we are not able to approve your application for a Discover it® Business card due to the following:

COLLECTION

Although we are not able to approve your application, you can find helpful financial tips, easily keep track of your FICO® Credit Score for free, and learn more about what affects your credit at **Discover.com/Credit-Scorecard**.

Sincerely,
Discover Credit Operations Team
1-877-330-4223
Application Number 183511411266100
ADA100025

**Discover.com**
Discover Card, issued by Discover Bank, Member FDIC

Page 1 of 2

PO Box 15410
Wilmington, DE 19850-5410



LF11RA01  017406
Katheline M. Pierre III
421 8th Ave Unit 7942
New York, NY 10116-9010